1  RICHARD E. QUINTILONE (SBN 200995)
   QUINTILONE & ASSOCIATES
2  22974 El Toro Road, Suite 100
   Lake Forest, CA  92630
3  Telephone:  949.458.9675
   Facsimile:   949.458.9679
4  E-mail: req@quintlaw.com

5  ROGER R. CARTER (SBN 140196)
   THE CARTER LAW FIRM
6  2030 Main Street, Suite 1300
   Irvine, CA  92614
7  Telephone:  949.260.4737
   Facsimile:   949.260.4754
8  E-mail: rcarter@carterlawfirm.net

9  Attorneys for Plaintiff, WILLIAM DOLAN

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| In re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL Case No. 3:10-md-2159-CRB<br>In re Autozone, Inc. Wage and Hour Employment Practices Litigation<br><br>3:10-cv-04900-CRB<br><br>Honorable Charles R. Breyer<br>Courtroom 8, 19th Floor<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER REGARDING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>CMC Date:  January 7, 2011<br>Time:  8:30 a.m. |
|---|---|

                         ~~[PROPOSED]~~ **ORDER**

   The Court, having considered the Request for Telephonic Appearance by

Richard E. Quintilone II, attorney for Plaintiffs, and good cause appearing, grants the

---

**ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE**                    MDL Case No. 310-md-2159-CRB

1  request to appear telephonically at the Status Conference set for January 7, 2011 at
2  8:30 a.m.

3  Dated:  January 6, 2011                    _____
4                                                           Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

**ORDER RE: REQUEST FOR**
**TELEPHONIC APPEARANCE**          2.                    SACV-09-1138-AG-(MLGx)