Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Joseph Antonelli, Esq. (#137039)
Janelle Carney, Esq. (#201570)
LAW OFFICE OF JOSEPH ANTONELLI
1000 Lakes Drive, Suite 450
West Covina, CA 91790-2918
Tel.: (626) 917-6228 / Fax: (626) 917-7686
Email: JAntonelli@antonellilaw.com

Attorneys for Plaintiff HAYDEE ESCALANTE,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| HAYDEE ESCALANTE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | MDL Case No. 3:10-md-2159-CRB<br>In re Autozone, Inc. Wage and Hour Employment Practices Litigation<br>Honorable Charles R. Breyer<br>Courtroom 8<br><br>3:10-cv-04900-CRB<br><br>Case Management Conference<br>Date: June 3, 2011<br>Time: 8:30 a.m.<br><br>[~~PROPOSED~~] ORDER REGARDING REQUEST FOR TELEPHONIC APPEARANCE<br><br>Action filed: August 4, 2010<br>Action removed: September 3, 2010<br>Action transferred to MDL: October 29. 2010 |

## [~~PROPOSED~~] ORDER

The Court, having considered the Request for Telephonic Appearance by Gregg Lander, attorney for HAYDEE ESCALANTE, and good cause appearing, grants the request to appear telephonically at the Status Conference set for June 3, 2011 at 8:30 a.m.

Dated: ___May 20, 2011_____      _____
                                                                  Honorable Charles R.

*IT IS SO ORDERED — Judge Charles R. Breyer*

- 1 -

**[PROPOSED] ORDER REGARDING REQUEST FOR TELEPHONIC APPEARANCE**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM