| | | |
|---|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912<br>ANNE-MARIE WAGGONER, Bar No. 173407 | MARC PRIMO, Bar No. 216796<br>MÓNICA BALDERRAMA, Bar No. 196424 |
| 2 | LITTLER MENDELSON, P.C.<br>1255 Treat Boulevard, Suite 600 | INITIATIVE LEGAL GROUP APC<br>1800 Century Park East, 2nd Floor |
| 3 | Walnut Creek, CA  94597<br>Telephone:    925.932.2468 | Los Angeles, CA  90067<br>Telephone:    310-556-5637 |
| 4 | mbrewer@littler.com<br>awaggoner@littler.com | MPrimo@InitiativeLegal.com<br>MBalderrama@InitiativeLegal.com |
| 5 | | |
| 6 | JEREMY ROTH, Bar No. 129007<br>DAVID J. DOW, Bar No. 179407 | *Attorneys for Plaintiff*<br>*JIMMY ELLISON* |
| 7 | JERRILYN T. MALANA, Bar No. 195260<br>LITTLER MENDELSON, P.C. | ROGER RICHARD CARTER, Bar No. |
| 8 | 501 West Broadway, Suite 900<br>San Diego, CA  92101 | 140196<br>THE CARTER LAW FIRM |
| 9 | Telephone:    619.515.1802<br>jroth@littler.com | 2030 Main Street, Suite 1300<br>Irvine, CA  92614 |
| 10 | ddow@littler.com<br>jmalana@littler.com | Telephone:    949.260.4737<br>rcarter@carterlawfirm.net |
| 11 | *Attorneys for Defendant* | RICHARD E. QUINTILONE, Bar No. 200995 |
| 12 | *AUTOZONE, INC.* (All actions) | QUINTILONE & ASSOCIATES<br>22974 El Toro Road, Suite 100 |
| 13 | MICHAEL A. HOFFMAN, Bar No. 162496<br>ARENA HOFFMAN, LLP | Lake Forest, CA  92630<br>Telephone:    949.458.9675 |
| 14 | 44 Montgomery Street, Suite 1200<br>San Francisco, CA  94104 | req@quintlaw.com |
| 15 | Telephone:    415.433-1414<br>mhoffman@arenahoffman.com | *Attorneys for Plaintiff*<br>*WILLIAM DOLAND* |
| 16 | *Attorney for Defendant* | JOSEPH ANTONELLI, Bar No. 137039 |
| 17 | *AUTOZONE, INC.* (*Ellison* action, only) | JANELLE CARNEY, Bar No. 201570<br>LAW OFFICES OF JOSEPH ANTONELLI |
| 18 | KEVIN T. BARNES, Bar No. 138477<br>GREGG LANDER, Bar No. 194018 | 1000 Lakes Drive, Suite 450<br>West Covina, CA  91790-2918 |
| 19 | LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Blvd., Suite 1460 | Telephone:    626.917.6228<br>JAntonelli@antonellilaw.com |
| 20 | Los Angeles, CA  90036-5664<br>Telephone:    310.549.9100 | JCarney@antonellilaw.com |
| 21 | Barnes@kbarnes.com<br>Lander@kbarnes.com | *Attorneys for Plaintiff*<br>*HAYDEE ESCALANTE* |
| 22 | *Attorneys for Plaintiff*<br>*HAYDEE ESCALANTE* | |
| 23 | | |
| 24 | Mark R. Thierman, Bar No. 72913<br>THIERMAN LAW FIRM, PC | |
| 25 | 7287 Lakeside Drive<br>Reno, Nevada 89511 | |
| 26 | Tel: (775) 284-1500 | |
| 27 | *Attorneys for Plaintiff*<br>*BRUCE PAYL MAYNARD* | |
| 28 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | Case No.  3:10-md-02159-CRB<br><br>The Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER CONTINUING TELEPHONIC DISCOVERY CONFERENCE**<br><br>Previous Date:  September 9, 2011<br>Time:   2:00 p.m.<br><br>Proposed New Date:  September 16, 2011<br>Time:   2:00 p.m. |

The Court considered Plaintiffs Jimmy Ellison's, Haydee Escalante's, William Doland's and Bruce Paul Maynard's ("Plaintiff") and Defendant AutoZone, Inc.'s Stipulation Continuing Telephonic Discovery Conference.

**GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that the telephonic discovery conference is continued to September 16, 2011 at 2:00 p.m.  The parties shall submit a joint discovery plan to the Court on or before September 6, 2011.

**IT IS SO ORDERED.**

Dated:  August 29, 2011                           *Jacqueline S. Corley*
                                                                    Hon. Jacqueline Scott Corley
                                                                    U.S. Magistrate Judge