

## INITIATIVE LEGAL GROUP APC

MÓNICA BALDERRAMA
310.556.4880 Direct
MBalderrama@InitiativeLegal.com

October 21, 2011

VIA E-FILING

Magistrate Judge Jacqueline Scott Corley
United States District Court
450 Golden Gate Avenue
Courtroom E, 15th Floor
San Francisco, CA 94102

Subject: *In re AutoZone Wage and Hour Employment Practices Litigation*
MDL No. 3:10-md-02159-CRB

Dear Magistrate Judge Corley:

Pursuant to the Court's request at the October 7, 2011 Case Management Conference, the parties have been meeting and conferring regarding the discovery in this matter and, in particular, discovery regarding the names and contact information of putative class members (the "class list").

Currently, the parties appear to have reached a compromise regarding the class list, whereby Defendant will provide Plaintiffs with the portion of the class list in this action that overlaps with the list provided to the Claims Administrator in the *Myart v. AutoZone* action, subject to the mailing of a *Belaire-West* opt-out privacy notice.

Accordingly, the only issue remaining with respect to the class list is payment of the cost of mailing the *Belaire-West* notice. Plaintiffs are awaiting AutoZone's position on this issue, and anticipate having an answer by Monday, October 24, 2011. In the event the parties are unable to reach an agreement by Monday, October 24, 2011, Plaintiff anticipates submitting a letter brief to the Court on this issue no later than Wednesday, October 26, 2011, with Defendant's opposition due by November 2, 2011, and Plaintiff's reply due by November 7, 2011. The parties respectfully request that the Court modify the briefing schedule in the Amended Civil Minute Order following the October 7, 2011 case management conference, accordingly.

Respectfully Submitted,                Respectfully Submitted,                Dated: 10/26/11

*Mónica Balderrama* (signature)

Mónica Balderrama                      Anne-Marie Waggoner
INITIATIVE LEGAL GROUP, APC            LITTLER MENDELSON, P.C.
Attorneys for Plaintiff Jimmy Ellison  Attorneys for Defendant AutoZone

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1800 Century Park East, 2nd Floor ■ Los Angeles, California 90067
310.556.5637 Main ■ 310.861.9051 Fax ■ www.InitiativeLegal.com