Miriam Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:    (310) 861-9051

Lead Counsel and Attorneys for Plaintiff Jimmy Ellison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | Case No.: 3:10-md-02159-CRB (JSC)<br><br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER RE: CLASS CERTIFICATION DISCOVERY CUTOFF AND BRIEFING SCHEDULE** |

**[PROPOSED] ORDER**

The Court considered Plaintiffs Jimmy Ellison, William Doland, Haydee Escalante, and Lynnetta Ellison's ("Plaintiffs") and Defendant AutoZone, Inc.'s ("Defendant") (collectively, "Parties") Stipulation re: Class Certification Discovery Cutoff and Briefing Schedule.

**GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that the Parties' class certification discovery cutoff and briefing schedule is hereby **CONTINUED** as follows:

| Class Certification Discovery Cutoff | On or before **June 28, 2012.** |
|---|---|
| Plaintiffs shall file their Motion for Class Certification: | On or before **August 2, 2012.** |
| Defendant shall file its Opposition: | On or before **August 30, 2012.** |
| Plaintiffs shall file their Reply: | On or before **September 20, 2012.** |
| Hearing on Plaintiffs' Motion for Class Certification and Further Status Conference: | **October 5, 2012**, 10:00 a.m., Courtroom 6 of the above-captioned Court, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, 94102. |

**IT IS SO ORDERED.**

Dated: March 15, 2012

Hon. Charles R. Breyer
U.S. District Court Judge



Page 1
ORDER