Miriam Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiff Jimmy Ellison and
Lead Counsel for the Purposes of Discovery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re : AutoZone, Inc., Wage and Hour Employment Practices Litigation | Case No.: 3:10-md-02159-CRB<br><br>Hon. Charles R. Breyer<br><br>**CLASS ACTION & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 ET SEQ.**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO CONTINUE ALL DATES RELATING TO PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION**<br><br>[Ex Parte Motion:  No hearing set.] |

1

**ORDER**

2   The Court has read and considered Plaintiffs' Ex Parte Motion to Continue All

3   Dates Relating to Plaintiffs' Motions For Class Certification with accompanying

4   declaration.

5   **GOOD CAUSE APPEARING**, the Court hereby continues the deadlines and

6   hearing date relating to Plaintiffs' Motions for Class Certification as follows:

7   Plaintiffs' Motions for Class Certification ("Motions") currently due to be filed

8   on August 2, 2012, shall instead be filed on or before September 27, 2012;

9   Defendant's Opposition to Plaintiffs' Motions currently due to be filed on

10   August 30, 2012, shall instead be filed on or before October 25, 2012;

11   Plaintiffs' Replies in Support of the Motions currently due to be filed on

12   September 20, 2012, shall instead be filed on or before November 15, 2012; and

13   The hearing date for Plaintiffs' Motions, currently on calendar for October 5,

14   2012 at 10:00 a.m. shall be continued to November 30, 2012 at 10:00 a.m.

15

16   **IT IS SO ORDERED.**

17

18   Dated:  July 31, 2012

19   Hon. _____
    United States District Judge, Northern
20   District of California

