Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Rebecca Labat (SBN 221241)
RLabat@InitiativeLegal.com
Miriam L. Schimmel (SBN 185089)
MSchimmel@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Katherine Den Bleyker (SBN 257187)
KDenBleyker@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:    (310) 556-5637
Facsimile:    (310) 861-9051

Attorneys for Plaintiff Jimmy Ellison and
Lead Counsel for the Purposes of Discovery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re : AutoZone, Inc., Wage and Hour Employment Practices Litigation | Case No.: 3:10-md-02159-CRB |
| | Hon. Charles R. Breyer |
| | **CLASS ACTION & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ*.** |
| | **DECLARATION OF G. MICHAEL PHILLIPS, PH.D. IN SUPPORT OF PLAINTIFFS JIMMY ELLISON, WILLIAM DOLAND AND LYNNETTA ELLISON'S MOTION FOR CLASS CERTIFICATION** |
| | Date:          November 30, 2012 <br> Time:          10:00 a.m. <br> Place:         Courtroom 6, 17th Floor |

DECLARATION OF G. MICHAEL PHILLIPS, PH.D. IN SUPPORT OF PLAINTIFFS JIMMY ELLISON, WILLIAM DOLAND AND LYNNETTA ELLISON'S MOTION FOR CLASS CERTIFICATION

3:10-MD-02159-CRB

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

Richard E. Quintilone (SBN 200995)
Quintilone and Associates
22974 El Toro Road, Suite 100
Lake Forest, CA 92630
Telephone: (949) 458-9675
Facsimile: (949) 458-9679

Attorneys for Plaintiff William Doland

Morris Nazarian (SBN 230275)
Law Offices of Morris Nazarian
1875 Century Park East, Suite 1345
Los Angeles, CA 90067
Telephone: (310) 284-7333
Facsimile: (310) 284-7332

Attorneys for Plaintiff Lynnetta Ellison

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

Page 1

DECLARATION OF G. MICHAEL PHILLIPS, PH.D. IN SUPPORT OF PLAINTIFFS JIMMY ELLISON, WILLIAM DOLAND AND LYNNETTA ELLISON'S MOTION FOR CLASS CERTIFICATION

3:10-MD-02159-CRB

## DECLARATION OF G. MICHAEL PHILLIPS, PH.D.

I, G. Michael Phillips, declare as follows:

1.      The facts set forth herein are personally known to me, and I have firsthand knowledge of same.  If called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff Jimmy Ellison, William Doland and Lynnetta Ellison's Motion for Class Certification against Defendant AutoZone, Inc. ("AutoZone") in *In re AutoZone, Inc. Wage and Hour Employment Practices Litigation*, MDL Case No. 3:10-md-02159-CRB, currently pending in the United States District Court for the Northern District of California.

### Background

2.      I am a trained econometrician with Phillips, Fractor & Company, LLC (PFC), and a Professor of Finance, Real Estate, and Insurance at California State University, Northridge.  I have worked on numerous cases involving the analysis of employment and compensation records.

3.      Attached as Exhibit 1 is a true and correct copy of the summary of my qualifications and experience.

4.      Plaintiffs' counsel, Initiative Legal Group APC ("Initiative") retained me in to act as an expert statistical consultant to provide advice and counsel on statistical analysis, and to analyze certain data produced by AutoZone.  I understand that this lawsuit alleges, among other things, that AutoZone's actions resulted in its non-exempt California retail store employees engaging in off-the-clock work, and that AutoZone failed to provide rest breaks and meal breaks in accordance with California law.  I have been asked by Plaintiffs' counsel to analyze certain data produced by AutoZone.  The scope and extent of that analysis is described in more detail in the report I jointly prepared with my colleague, Sean Chasworth.  Attached as Exhibit 2 is a true and correct copy of that joint report.

DECLARATION OF G. MICHAEL PHILLIPS, PH.D. IN SUPPORT OF PLAINTIFFS JIMMY ELLISON, WILLIAM DOLAND AND LYNNETTA ELLISON'S MOTION FOR CLASS CERTIFICATION

3:10-MD-02159-CRB

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct. Executed this 2/ day of September, 2012, at Pasadena, California.

_____
G. Michael Phillips, Ph.D.

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

Page 2

DECLARATION OF G. MICHAEL PHILLIPS, PH.D. IN SUPPORT OF PLAINTIFFS JIMMY ELLISON, WILLIAM DOLAND AND LYNNETTA ELLISON'S MOTION FOR CLASS CERTIFICATION

3:10-MD-02159-CRB

# Exhibit 1

*In Re: AutoZone, Inc., Wage and Hour Employment Practices Litigation*
*Case No.: 3:10-md-02159-CRB*

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

# G. MICHAEL PHILLIPS, PH.D.
June 2012

## Current Positions

Professor of Finance, Real Estate and Insurance
College of Business and Economics
California State University, Northridge

Senior Research Fellow
Global Mapping International, Inc.

President
Phillips Research Applications, Inc.
(PRAI is a member of Phillips, Fractor & Company, LLC)

Chief Scientist & President
Center for Computationally Advanced Statistical Techniques (c4cast.com, Inc.)

## Education

| Ph.D. 1982 | Economics, University of California, San Diego<br>Dissertation "Regulatory Issues in a Multiple Species Fishery:  The Case of San Pedro" |
|---|---|
| M.A. 1980 | Applied Economics<br>University of California, San Diego |
| B.S. 1977 | Illinois State University,<br>B.S. (Honors Program) in Mathematics and Economics |

## Personal Data

Born May 29, 1957
Married, two children
Email: mphillips@rule26.com

750 EAST WALNUT STREET, PASADENA, CA  91101
(626) 744-3540 • (626) 744-3530 FAX

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

## Experience

| | |
|---|---|
| 1990-present: | Professor of Finance, Real Estate, and Insurance<br>College of Business and Economics[1]<br>California State University Northridge |
| 1988-1991: | Research Coordinator<br>College of Business and Economics[1]<br>California State University Northridge |
| 1987-1990: | Associate Professor of Finance, Real Estate, and Insurance<br>College of Business and Economics[1]<br>California State University Northridge |
| 1985-1987: | Lecturer in Economics and Finance<br>College of Business and Economics[1]<br>California State University Northridge |
| 1982-1985: | Assistant Professor of Finance and Business Economics<br>Graduate School of Business<br>University of Southern California |
| 1980-1982: | Economist<br>U.S. Department of Commerce<br>National Marine Fisheries Service |
| 1979-1980: | Research Economist<br>Energy Research Center<br>University of California, San Diego |

[1] Known as School of Business Administration and Economics prior to 1996

## Fellowships, Honors, And Competitive Grants

Loman Foundation Research Grant, 1987 (with J. Launie & G. Johnson)
Regent's Dissertation Fellow, 1981-82
Regent's Fellow, University of California, San Diego, 1977-82
Robert G. Bone Scholar, Illinois State University, 1976
Dewitt Wallace Fellow, Wood's Hole Pleasant Bay Marine Research Center, 1975
Beta Gamma Sigma (business)
Omicron Delta Epsilon (economics)
Kappa Mu Epsilon (mathematics)
Alpha Omega Nu (marine biology)

# PHILLIPS FRACTOR & COMPANY LLC

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

••••

## Current Research Interests

Financial Economics & Valuation
Applied Econometrics, Economic Statistics, and Modeling
Forensic Economics
Applied Microeconomics
Business Economics
Labor Economics
Economics of Real Estate
Economics of Regulation, Market Structures and Industrial Organization
Quantitative Management

## Book

Training That Works:  Lessons From California's Employment Training Panel (with R. Moore, D. Blake, and D. McConaughy), (Kalamazoo, MI:  Upjohn Institute Press, 2003).

## Monographs and Serials

1.  *Lessons From the Past and New Priorities: A multi-method evaluation of ETP*  (with R. Moore, P. Gorman, D. Blake, G. Rossy, E. Cohen, T. Grimes, and M. Abad)  (Sacramento, CA: http://www.etp.ca.gov/docs/csun.doc, August 2004).

2.  *The Role of Structured On-Site Training in ETP* (with D. Blake, P. Gorman, and R. Moore) (Sacramento, CA: http://www.etp.ca.gov/docs/sostreport.pdf, July 2002)

3.  *ETP At Work: An Evaluation of 1995-96 ETP Projects*, (with R. Moore, D. Blake, D. McConaughy, A. Cheung von Haam), (Columbus, OH: ERIC # 437561, Jan 27, 2000).

4.  *Training That Makes A Difference: ETP's Impact on Trainees, Companies and the State's Economy*, (with R. Moore, D. Blake, D. McConaughy, A. Cheung von Haam), (Columbus, OH: ERIC #437562, Jan 27, 2000).

5.  *Accounting for Training: An Analysis of the Outcomes of California Employment Training Panel Programs*, (with R. Moore & D. Blake), (Columbus, OH: ERIC, May 1997).

6.  *Public Training with Private Efficiency:  An Analysis of the Outcomes of California Employment Training Panel Programs*, (with R. Moore & D. Blake), (Columbus, OH: ERIC, October 1994).

7.  *An Experimental Study of Comparable Worth*, (with E. Arnault, L. Gordon, D. Joines), Federal Reserve Bank of Kansas City Working Paper, 1989.

8.  *Rent Control:  A New Look at Its Political Economy*, (with M.C. Findlay, D. Joines, E. Arnault) JurEcon Monograph.

---

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

● ● ● ● ●

## Published Academic Papers

1.  "Low economic volatility investing" (with J. Chong), Journal of Wealth Management, *forthcoming*.

2.  "Misleading betas: An educational example", (with J. Chong and D. Halcoussis), American Journal of Business Education, *forthcoming*.

3.  "Five Types of Risk and A Fistful of Dollars: Practical risk analysis for investors" (with J. Chong and W.P. Jennings), Journal of Financial Service Professionals, Vol. 66, Issue 3.

4.  "Measuring Risk for Cost of Capital: The downside beta approach" (with J. Chong), Journal of Corporate Treasury Management, Vol. 4, Issue 4.

5.  "Can Typical Households Earn Hedge Fund Returns? An Analysis of the Eta© Replication Approach" (with J. Chong), in Journal of Derivatives and Hedge Funds, Vol. 18, Issue 1.

6.  "The Impact Of Neighborhood Ethnic Composition On Availability Of Financial Planning Services" (with J. Chong, and A.L. Phillips), Journal of Financial Service Professionals, Vol. 65, No. 6, November 2011.

7.  "Does Market Volatility Impact Presidential Approval?" (with J. Chong and D. Halcoussis), Journal of Public Affairs, Vol. 11, Issue 4, November 2011.

8.  "Beta Measures Market Risk Except When It Doesn't: Regime-switching alpha and errors in beta" (with J. Chong), The Journal of Wealth Management, Vol. 14, No. 3, Winter 2011.

9.  "Can Dual Beta Filtering Improve Investor Performance?" (with J. Chong and S. Pfeiffer), Journal of Personal Finance, Vol. 10, No. 1, 2011.

10. "S&P 500 ETFs and Index Funds: Are fees all there is to it?" (with J. Chong and M. M. Hussein), The Journal of Wealth Management, Vol. 14, No. 2, Fall 2011.

11. "When `Dartboard Investing', It Helps to Pick the Right Dartboard: A Comparison of Randomly Selected Stock and Fund Portfolios" (with J. Chong), The Journal of Wealth Management, Vol. 13, No. 4, Spring 2011.

12. "Neighbourhood Effects and Asset Allocation" (with J. Chong and J. Dow), Journal of Interdisciplinary Economics, Vol. 23, No. 1, 2011.

13. "The Persistence of Traditional Gender Stereotypes: Evidence From the Distribution of Academic Honors at a Female-Majority University" (with A.L. Phillips), American Journal of Business Education, Vol. 3, No. 10, October 2010.

14. "Interpreting Bivariate Regression Coefficients: Going Beyond the Average" (with D. Halcoussis), American Journal of Business Education, Vol. 3, No. 4, 2010.

# PHILLIPS FRACTOR & COMPANY LLC

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

15. "The Obama Effect" (with D. Halcoussis and A. Lowenberg), Journal of Economics and Finance, Vol. 33, Issue 3, 2009.

16. "EVA: The Bubble Years, Meltdown, and Beyond" (with J. Chong and M. Her), Journal of Asset Management, Vol. 10, No. 3, 2009.

17. "Using Economic Value Added as a Portfolio Separation Criterion" (with D. Fountaine and D. Jordan), Quarterly Journal of Finance and Accounting, Vol. 47, January 2008.

18. "To Sin or Not to Sin? Now That's the Question" (with J. Chong and M. Her), Journal of Asset Management, Vol. 6 No. 6, March 2006.

19. "An Empirical Study of the Effectiveness of Publicly-Funded Structured on-Site Training: Implications for Policy and Practice," (with D. Blake, P. Gorman, and R. Moore), Journal of Vocational Education & Training, Vol. 56, No. 3, 2004.

20. "Market Value Added as an Investment Selection Tool: A Portfolio Separation Test" (with D. Cary, J. Chong, and M. Her), Investment Management and Financial Innovations (Vol. 1, No. 1, 2004).

21. "A Hedonic Regression Model for Internet Domain Names", Business Valuation Review, June 2003.

22. "Four Leading Economic Confidence Measures: Who's Optimism Matters?", Journal of Business Forecasting, Winter 2002-2003.

23. "An Experimental Study of Job Evaluation and Comparable Worth" (with E. Arnault, L. Gordon, D. Joines), Industrial and Labor Relations Review, Vol. 54, No. 4, July 2001.

24. "Founders versus Descendants: The Profitability, Efficiency, Growth Characteristics and Financing in Large, Public, Founding Family Controlled Firms" (with D. McConaughy), Family Business Review, June 1999.

25. "The Impact of Neighborhood Identification on Property Values" (with D. Bleich and D. Cary), Proceedings of the Academy of Accounting and Financial Studies, 1998.

26. "The Impact of Earnings Losses on Future Social Security Benefits: Much Ado About Nothing?" (with D. Fractor & D. McConaughy), Litigation Economics Digest, Summer 1997.

27. "Introduction to Cross-Tabulation Statistics for Disparate Impact Cases" Litigation Economics Digest, Fall 1995.

28. Review of "Litigation Services: Information Sources for Expert Witnesses" (with D. Fractor), Litigation Economics Digest, Fall 1995.

29. "The Case for Labor Market Risk in Computing Present Value" (with D. Fractor), Defense Counsel Journal, April 1992.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

30. "The Economic Impact of a Well-Designed Landfill on Surrounding Neighborhood Values" (with D. Bleich & M.C. Findlay), The Appraisal Journal, April 1991.  Excerpted and reprinted as "Does A Landfill Bring Down Property Values?", Waste Age, August 1991.

31. "The Economic Determinants of Wages in Southern California: A Survey Analysis" (with E. Trybus & G. Johnson), ASA Proceedings, 1990.

32. "Notes on the Estimation of Extrapolated Benefits in Wrongful Death Litigation," (with D. Fractor), Journal of Forensic Economics, Summer 1990.

33. "Selecting a Discount Rate in Personal Injury, Wrongful Death, and Wrongful Termination Damage Computations: A Comment on the Role of Risk", Journal of Forensic Economics, April, 1989.

34. "Risk as a Discount Rate Determinant in Wrongful Death and Injury Cases" (with W. Jennings), The Journal of Risk and Insurance, March, 1989.

35. "Social Security Payments, Money Supply Announcements, and Interest Rates" (with D. Joines and T. Clark), Journal of Monetary Economics, 22 (1988).

36. "A Note on the Logarithmic Transformation in Forecasting" (with G. Johnson), communication in Decision Line, December 1987.

37. "Rent Seeking and Insurance Education:  An Empirical Test" (with G. Johnson and J. Launie), Journal of Insurance Issues and Practices, January, 1987.

38. "Housing Attributes Associated With Capital Gains" (with D. Dale-Johnson), American Real Estate and Urban Economics Association Journal, June, 1984.

39. "Interactions Between Fishing Effort and Catch Per Unit Effort in the San Pedro Fishery: a Statistical Note", CalCOFI Reports, October, 1983.

40. "Response Surfaces: summarizing complex simulation results in a manner suitable for inexpensive use by architects and builders" (with A.V. Sebald) Proceedings Annual Meeting Am. Sect. Int. Sol.  Sol. Energy Soc., May 26, 1981.

41. "Controlled integration of Trombe wall and direct gain in passive solar residences" (with A.V. Sebald) Proceedings Annual Meeting Am. Sect. Int. Sol.  Sol. Energy Soc., May 26, 1981.

## U.S. Patents Issued

G. Michael Phillips, M. Chapman Findlay, III, William P. Jennings, Stephen A. Klein, Mark E. Rice.  Community-selected content.  US Patent 7958204. June 7, 2011.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

G. Michael Phillips, M. Chapman Findlay, III, Stephen A. Klein, William P. Jennings, Mark E. Rice. Sensitivity/elasticity-based asset evaluation and screening. US Patent 7580876. August 25, 2009.

William P. Jennings, G. Michael Phillips, M. Chapman Findlay, III, Kenneth M. Leslie. Asset portfolio tracking. US Patent 7383219. June 3, 2008.

G. Michael Phillips, Mark E. Rice, Stephen A. Klein, William P. Jennings, M. Chapman Findlay, III. Significance-based display. US Patent 7193628. March 20, 2007.

G. Michael Phillips, M. Chapman Findlay, William P. Jennings, Stephen A. Klein, Mark E. Rice. Forecasting using interpolation modeling. US Patent 7072863. July 4, 2006.

Stephen A. Klein, G. Michael Phillips, William P. Jennings, M. Chapman Findlay, III, Mark E. Rice. Identifying industry sectors using statistical clusterization. US Patent 6907403. June 14, 2005.

G. Michael Phillips, William P. Jennings, M. Chapman Findlay, III, Stephen A. Klein, Mark E. Rice. Combination forecasting using clusterization. US Patent 6792399. September 14, 2004

Mark E. Rice, Stephen A. Klein, G. Michael Phillips, M. Chapman Findlay, III, William P. Jennings. Provision of informational resources over an electronic network. US Patent 6658467. December 2, 2003.

William P. Jennings, M. Chapman Findlay, III, G. Michael Phillips, Stephen A. Klein, Mark E. Rice. Forecasting contest. US Patent 6606615. August 12, 2003.

G. Michael Phillips, M. Chapman Findlay, William P. Jennings, Stephen A. Klein, Mark E. Rice. Prediction input. US Patent 6473084. October 29, 2002.

M. Chapman Findlay, III, G. Michael Phillips, William P. Jennings, Mark E. Rice, Stephen A. Klein. Asset price forecasting. US Patent 7337135. October 19, 2000.

## Conference Papers

1. "Five Types of Risk and A Fistful of Dollars: Practical risk analysis for investors" (with J. Chong and W.P. Jennings) presented at Financial Planning Association of Orange County, also presented at Financial Planning Association of San Diego, November 2011.

2. "S&P 500 ETFs and Index Funds: Are fees all there is to it?" (with M. Hussein and J. Chong) presented at Academy Financial Services Annual Meeting 2011, October 2011.

3. "How Many Holdings for Diversification?" (with J. Chong) presented at Financial Management Association's Financial Planning and Analysis Corporate Round Table, October 2011.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

4.  "Macroeconomic Portfolio Construction:  An introduction to MacroRisk for academia" (with J. Chong) presented at Financial Management Association's Financial Planning and Analysis Corporate Round Table, October 2011.

5.  "What's Best Isn't Normal: The dual-beta model and estimated costs of capital" (with J. Chong) presented at Financial Management Association's Financial Planning and Analysis Corporate Round Table, October 2011.

6.  "Macroeconomic Portfolio Construction" (with J. Chong and W.P. Jennings) presented at Business and Wealth Management Forum, October 2011.

7.  "It's Not Betting on Winners but Avoiding Loss That Matters:  Portfolio analysis and strategy for these volatile times" (J. Chong and M. Hussein) presented at Southern California Financial Planning Associations' Technology Day:  Trends for 2011 & Beyond, June 2011.

8.  "S&P 500 ETFs and Index Funds:  Are fees all there is to it?" (with M. Hussein and J. Chong) presented at Tamkang University in Taipei, Taiwan, June 2011.

9.  "S&P 500 ETFs and Index Funds:  Are fees all there is to it?" (with M. Hussein and J. Chong) presented at Annual International Conference on Accounting and Finance, AF 2011 in Singapore, May 2011.

10. "Understanding Credit Reports and Scores" (with J. Chong) presented at My Money Management in California State University, Northridge, April 2011.

11. "Breaking Through Boundaries:  Initial steps toward finding profitable, but mostly untapped, markets" (with J. Chong) presented at the Quarterly General Breakfast Meeting of the Society of Financial Service Professionals, San Fernando Valley Chapter, March 2011.

12. "MacroRisk Analytics Methods for Financial Planners:  Investment tools for a Changing Economy" (with J. Chong) presented at Personal Financial Planning Association at Texas Tech University, March 2011.

13. "Bubble Risks, Economics Risks, and Portfolios" (with J. Chong) presented at Personal Financial Planning Association at Texas Tech University, March 2011.

14. "Presidential Approval Ratings and Risk," (with J. Chong and D. Halcoussis) presented at Financial Management Association Annual Meeting 2010, October 2010.

15. "Can Typical Households Earn Hedge Fund Returns?" (with J. Chong) presented at Academy of Financial Services, October 2010.

16. "The Performance of Safe Portfolios During Stressful Times: How Beta failed, why new measures were needed" (with J. Chong) presented at Financial Management Association, October 2009.

17. "New Perspectives on Portfolio Risk" (with J. Chong) presented at Financial Planning Association, July 2010.

---

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

18. "A New Approach to Measuring and Managing Investment Risk" presented at June 2010 Meeting of American Association of Individual Investors, June 2010.

19. "The Obama Effect" (with A. Lowenberg and D. Halcoussis) presented at Western Economic Association International annual conference, July 2009.

20. "Financial Simulation and Risk Analysis Using PopTools" (with J. Chong and P. Gorman) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2008.

21. "Open Source Software Resources for Financial Research and Teaching: An Evaluation with Applications", (with M. Her) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2007.

22. "EVA: The Bubble Years, Meltdown, and Beyond", (with J. Chong, D. Fountaine, M. Her) presented at Academy of Financial Services 21st Annual Meeting, October 2007.

23. "Fun with Beta! (Or, applying Beta is a risky proposition)" (with W.P. Jennings) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2006.

24. "Teaching Finance Electronically: A Panel Discussion", panel member, Financial Management Association, October 2006.

25. "Is Economic Value Added a Better Proxy for Market Value Added?" (with J. Chong, M. Her, D. Fountaine), presented at the Academy of Financial Services International Conference, 2006.

26. "Hedonic Regression and Unusual Loss Analysis in Civil Litigation" (with D. Fractor) Invited Presentation, International Contracts Conference, February 2006.

27. "Eta™ Analysis: Forecasting and Quantitative Analysis for Investment Banking and Hedge Funds", Invited Keynote Presentation, Institute for Operations Research and Management Science (INFORMS) Roundtable Meeting on Forecasting, February 2006.

28. "A Strategic View of How State-Sponsored Training Works for Companies: Findings from an Evaluation of the Largest State-Sponsored Workforce Training Program in the United States," (with P. Gorman, R. Moore, D. Blake, G. Rossy) presented at the 2006 Western Academy of Management Conference, Long Beach, CA.

29. "Evaluating Institutional Arrangements for State-Funded Customized Training: An Analysis of the California Employment Training Panel Program," (with P. Gorman, R. Moore, D. Blake, G. Rossy) presented at the 2006 Academy of Human Resource Development Conference, Columbus, Ohio.

30. "An Eta Analysis of IBM" (with W.P. Jennings and M.C. Findlay) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2005.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

31. "When It's Good,It's Good; When It's Bad, It's Better" (with J. Chong and M. Her) at Academy of Financial Services International Conference, 2005.

32. "Does State-Sponsored Training Work for Workers? An Econometric Analysis of How a State-Sponsored Training Program Affects Trainees' Earnings," (with P. Gorman, R. Moore, D. Blake, G. Rossy) presented at the 2005 Western Academy of Management Conference, Las Vegas, NV.

33. Lessons from the Past and New Priorities: A Multi-Method Evaluation of ETP, report submitted to California Employment Training Panel (with R. Moore, P. Gorman, D. Blake, G. Rossy, E. Cohen, T. Grimes, and M. Abad).

34. "An Empirical Study of the Effectiveness of Publicly-Funded 'Structured on-Site Training': Implications for Policy and Practice," (with P. Gorman, R. Moore, and D. Blake) presented at the 2004 Western Academy of Management Conference, Anchorage, AK.

35. Impact of Capitation on Investment Risk in Health Insurance Companies (with P. Born) presented at American Risk and Insurance Association, 2003.

36. Beyond the "Four Levels": A Dynamic Model of Evaluation" (with R. Moore, D. Blake, and P. Gorman) presented at Western Academy of Management, 2003.

37. "ETP's Impact on Trainees: An Analysis of Earnings and Employment," (with P. Gorman, R. Moore, and D. Blake) interim report submitted to California Employment Training Panel, December, 2003.

38. Public Subsidy of Private on The Job Training: Policy Lessons from California's Employment Training Panel (with R. Moore, D. Blake, and P. Gorman) presented at Journal of Vocational Education and Training 5th International Conference, 2003.

39. "ETP's Role in the California Economy: A Concept Paper," (with R. Moore, D. Blake, P. Gorman, C. Herczeg) assessment concept paper funded by California Employment Training Panel in August, 2002.

40. Matching the Tools with the Targets: A Reappraisal of Outcomes, Measurement, and Strategy (with M. O'Rear), invited paper to the Cypress 2000 Conference, 2000.

41. ETP Training and Individual Outcomes, presented to the State of California Employment Training Panel, 2000.

42. The Impact of Neighborhood Identification on Property Values (with D. Bleich and D. Cary), presented at Allied Academics International Conference, 1998.

43. Estimating Economic Losses Using Discounted Intervention Analysis: A Theoretical Analysis (with D. Fractor) presented at Western Economic Association meetings, 1993.

44. Issues in Taxes and Fringe Benefit Valuation, Topic Discussant presented at National Association of Forensic Economics meetings, 1993.

---

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

45. The Economic Determinants of Wages in Southern California: A Survey Analysis (with E. Trybus and G. Johnson) presented at The American Statistical Association Meetings, 1990.

46. An Economic Analysis and Taxonomy of Insurance Rate of Return Regulation (with K. Greenhalgh, G. Johnson, and J. Launie) presented at The Western Risk and Insurance Association, 1990.

47. The Economic Impact of a Landfill on Surrounding Neighborhood Values (with D. Bleich & M.C. Findlay) presented at American Real Estate Society Meetings, 1989.

48. A Labor Market Test of the "Stair Steps" earnings hypothesis (with G. Johnson and E. Trybus) presented at The American Statistical Association Conference on Social Science, 1988.

49. Perversity in the Regulation of Transfrontier Pollution (with D. Fractor) presented at Western Economic Association Meetings, 1988.

50. A Regulatory Explanation for Underwriting Cycles (with J. Launie and G. Johnson) presented at Western Risk and Insurance Association; and at American Risk and Insurance Association, 1987.

51. Social Security Payments and Monetary Forecast Errors (with D. Joines and T. Clark) presented at Western Finance Association meetings, 1986.

52. Expectations Formation and Forecasting, Topic Discussant presented at Western Economics Association meetings, 1986.

53. A Tale of Two Cities: Forecasting Nonresidential Construction Activity Using Employment Data (with D. Dale-Johnson) presented at Western Economic Association Meetings, 1984.

54. On the Inappropriateness of Annual Fishing Models for Regulatory Analysis presented at CalCOFI Meetings, 1982.

55. Bivariate Causal Models of Commercial Fisheries with Applications to Schaefer Models presented at CalCOFI Meetings, 1981.


## Other Publications

1. "Low Volatility Portfolio Tools for Investors" (with J. Chong and W.P. Jennings), Technology Tools for Today Newsletter, Vol. IX, Issue 11, November 2011.

2. "'America West' Rejects Strict Standard on Stock Price Effect" (with M.C. Findlay and D. Garcia), Los Angeles Daily Journal, April 1, 2003, p. 7.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

**Refereeing Experience**

*Eastern Economic Journal*                           John Wiley and Sons
*Economic Inquiry*                                   Little, Brown & Company
*Journal of Economics and Finance*                   Prentice-Hall Publishing Company
*Journal of Insurance Issues and Practices*          Southern Economic Journal
Associate Editor (2004-2006) - *Journal of Investment*   Southwest Publishing Company
    *Management and Financial Innovations*           Thomson Learning Company
*Journal of Macroeconomics*                          Wadsworth Publishing Company
Associate Editor (1995-1999), *Litigation Economics Digest*

---

April 21, 2012

## Recent Testimony of G. Michael Phillips, Ph.D.
### (Since 2008)

## Recent Trial & Arbitration Testimony:

| | |
|---|---|
| 9/12/2008 | Vallery v. Target |
| 3/16/2009 | Schulze Haynes v. Granatelli Motor Sports, et al |
| 3/1-3/4,3/18,3/19,3/23/2010 | Union Pacific v. Santa Fe Pacific Pipelines |
| 6/30/2010 | Urga v. Redlands Community Hospital |
| 4/17/2012 | Angelica Textile Services, Inc. v. Jaye Park, Emerald Textiles LLC |
| 4/19/2012 | James Sahagun and Gerardo Garcia v. Landmark Fences Co., Inc. |

## Recent Deposition Testimony:

| | |
|---|---|
| 9/12/2008 | Vallery v. Target |
| 12/1/2008 | In re: Safety Kleen cases |
| 1/28/2009 | In re: Safety Kleen cases |
| 4/22 – 4/24/2009 | Union Pacific v. Santa Fe Pacific Pipelines |
| 5/19/2009 | Michael Mann v. Harbor Distributors |
| 5/26 – 5/29/2009 | Union Pacific v. Santa Fe Pacific Pipelines |
| 6/16-6/17/2009 | Union Pacific v. Santa Fe Pacific Pipelines |
| 10/26/2009 | Sandee Estrada v. HD Supply Repair & Remodel |
| 3/26/2010 | Aron v. U-Haul |
| 6/17/2010 | Urga v. Redlands Community Hospital |
| 6/1/2010 | Karen Drake, et al v. K. Hovnanian Companies of California, Inc. et al |
| 12/2/2011 | Aron v. U-Haul |
| 12/14/2011 | Angelica Textile Services, Inc. v. Jaye Park, Emerald Textiles LLC |
| 2/24/2012 | Montalvo v. Werner Enterprises, Inc. |
| 3/9/2012 | James Sahagun and Gerardo Garcia v. Landmark Fences Co., Inc. |
| 3/23/2012 | Transit Air Cargo v. Perotta, Transgroup Express, Inc. et al |
| 4/20/2012 | Cherin v. Catholic Healthcare West |

Page **1** of **1**

# Exhibit 2

*In Re: AutoZone, Inc., Wage and Hour Employment Practices Litigation*
*Case No.: 3:10-md-02159-CRB*

# PHILLIPS FRACTOR & COMPANY LLC

G. Michael Phillips, Ph.D.
David T. Fractor, Ph.D.

● ● ● ● ●

*Of Counsel*
Dennis Halcoussis, Ph.D.
H. Drew Fountaine, CPA, Ed.D.
Ross Selvidge, Ph.D.
William Roberts, Ph.D.
James Chong, Ph.D.
Robert K. Neff, CPA, ABV
Laura R. Conover, MBA, CCP
Sean Chasworth
Steve Klein
Lena Press

*In Memoriam*
M. Chapman Findlay, Ph.D.

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

## Introduction

This is a report pursuant to FRCP 26 for the Phillips, Fractor & Company, LLC (PFC) analysis in the *In Re: AutoZone* matter. The report was produced under the direction of G. Michael Phillips, Ph.D., who is available for deposition on this matter if necessary. Dr. Phillips is a trained econometrician with PFC, and a Professor of Finance, Real Estate, and Insurance at California State University, Northridge. He has worked on numerous cases involving the analysis of employment and compensation records. His current CV and list of recent testimony and deposition are attached as Appendices A and B.

The firm was retained by the Initiative Legal Group to assist with the preparation of data and to make various calculations based on that data. A copy of the engagement letter is part of Appendix C. Phillips, Fractor & Company, LLC is compensated based on hourly work performed. Dr. Phillips' rate is $450 per hour. We are paid by the hour and our compensation does not depend on any way on the outcome of this matter. Copies of invoices showing hours billed for this case are included in Appendix C.

## Supporting Materials

Appendices D through G identify the documents, facts, data, and assumptions that PFC was provided or created for arriving at our opinions in this matter. Appendix E also includes several documents describing specific methodological issues.

PFC was provided with many documents in the course of this engagement. Sample pages of key documents are included in Appendix D and electronic copies of corresponding files are included in the accompanying disc. These documents include:

D.1    Sample Extract from SMS time data
D.2    Sample Extract from Alarm data
D.3    Sample Extract from Employee-level shift length calculations
D.4    Sample Extract from Comparison Database

There were numerous assumptions provided to us for our analysis. There were also specific methodological decisions that we made. These are documented in Appendix E. This appendix includes:

E.1    Deposition of Azeem Sikander, Pages 77-78, 137-138
E.2    Deposition of Patrick Barker, Page 33
E.3    Deposition of Stephen Agar, Page 27-28
E.4    Store Handbook Exceptions: California

750 EAST WALNUT STREET, PASADENA, CA 91101
(626) 744-3540 ▪ (626) 744-3530 FAX ▪ WWW.RULE26.COM

# PHILLIPS FRACTOR & COMPANY LLC

● ● ● ● ●

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

E.5    List of Reason Codes used by SMS timekeeping database

A list of files used and presented on disc is documented in Appendix F.

Appendix G presents some additional presentations of results.  This appendix includes:

G.1    Table of numbers of employees with certain shift lengths
G.2    List of employees identified
G.3    Tables of off-the-clock analysis with adjusted Alarm Times
G.4    Summary of off-the-clock analysis by calendar year
G.5    Summary of employees with off-the-clock time
G.6    Summary of total off-the-clock time by year
G.7    List of employees with shifts over six hours without meal break recorded
G.8    List of records with apparent outliers in time differences

Appendix H presents several graphical and tabular summaries of data.  This appendix includes:

H.1    Chart illustrating drift of Alarm transactions compared to Time transactions

## Statement of Opinions and basis thereof

### Analysis and calculations of shift lengths and possible missed rest breaks worked by Employees

PFC was provided with a database of employee time records, which included field which identified employees and stores, and also included punch-in and punch out times and dates.  Based upon that data, PFC was asked to calculate the number of employees, and a percentage of all employees, which worked shifts of certain lengths of time, to assess potential violations including missed rest breaks.

AutoZone's "Store Handbook Exceptions:  California", page 2 (with Bates Number AMDL000794), states that an employee should receive one rest break if working 4 or more hours per day, and a second rest break if they are working 8 or more hours per day.  This is confirmed in the deposition of Azeem Sikander, pg. 77-78.  If it is determined that this policy does not meet the requirements of California Law, each shift length of 3.5 – 4 hours, or over 6 hours in length indicates a potential violation.

Accordingly, PFC staff extracted a file from the database representing all the time records for a certain month, for each month from the partial month beginning July 29, 2005, the statute date for the rest break claims, continuing through August 2009, which contains the most recent data.  As the data were extracted, it was sorted in order to prepare the data for further processing.  Exemplars of the data contained within these files are contained in Appendix D.1, with the entirety of the files included on optical disk.  The actual database used for the analysis exceeds a standard DVD capacity in size.

2

# PHILLIPS FRACTOR & COMPANY LLC

• • • • •

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

Each record in this time database contained nominal information such as Employee Name and Store Number, and time information, including date-time fields, named "DateTimeIn" and "DateTimeOut" which we assume to be times when the identified employee clocked in and out. Each record also contains a field named "Date Worked", a date which we have used to identify which records, or 'stints' can be collected into a single employee 'shift'. In a typical employee day, an employee may have two such records, separated by a meal break period.

Each of the records also has a field named "TimeCalced" which appears to contain the number of hours credited to the employee for that stint, expressed as a decimal. Summing this field among all the stints within a single shift enables us to calculate the total hours worked within a shift. Each record also contains a field named "PayType", which, in most records, contains the word "REGULAR". In calculating the total time for a single employee shift, the only included records were those with "PayType" of "REGULAR", "INVENTORY", or "SEAS.SETUP". We did not include time associated with records with a "PayType" of "SICK", "HOLIDAY","FUNERAL", "VACATION", "JOB INJURY" and "JURY DUTY".

These calculations were done using the Python programming language. Files containing the Python scripts are attached in Appendix F. One program takes the monthly text files of time data that were generated from the original database, calculates the length of each shift, and then outputs the information for each shift to another text file. Another takes these "shift files", and organizes them by the first letter of the employee's last name. After these files are sorted by employee, using Microsoft Excel, a third program collects information of the length of time in shifts worked by each employee. PFC staff also used Microsoft Excel to perform the final tabulations of the data and create other summary information.

Most of the records, particularly records which identify work time after July 1, 2006, do not appear to have a unique employee identifier, such as a Social Security Number, or unique employee ID number. In many records, the "Employee ID" field contains the number "10064002", which is used for many different employees, and therefore not a unique identifier. Accordingly, we used the employee name, combining the "Last Name" and "First Name" fields of the time data, as the identifier for a single employee. This method may underestimate the number of employees, as multiple employees may have the same name in the database, while may also overestimate the number of employees, if a single employee has multiple names in the database or slightly different spellings of their name (including additional spaces). Using this method, we identified approximately 17,278 employees. We reserve the right to revise or adjust these calculations to reflect the updated information if additional or superior data become available.

For each employee, we calculated whether or not they worked a shift of a given range of hours during the applicable time period, with a highest range of "8 hours or more", and a lowest range of "Zero Hours or less", which would be reasonable due to time adjustments, such as a time correction for an improper clock-out. An overall summary of the results of these calculations is presented in Appendix G.1, with a list of employee and the shift lengths they worked in Appendix G.2. Notably, approximately 11,181 employees, or 68.5% of employees worked at least one shift of at 3.5, but less than 4 hours. Approximately 15,944 employees, or 92.5% of employees worked at least one shift of more than 6, but

3

# PHILLIPS FRACTOR & COMPANY LLC

• • • • •

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

less than 7 hours in length, while approximately 16,324, or 94.7% of employees worked at least one shift of at least 7, but less than 8 hours in length.

During the analysis, PFC analysts noticed an unusual pattern in the number of database records in August compared with other months. Upon reviewing this further, it was discovered that the number of records in these weeks (August 6th and 13th, 2006, August 12th, 2007, August 10th and 17th, 2008, and August 9, 2009) is as little as 4% of the records of surrounding weeks. It seems reasonable that this drastic of a reduction in the amount of data is due to missing data though there could be other explanations. Since an increased amount of data could possibly increase, but not decrease, the percentage of employees working a shift of a given length, we anticipate that the percentages of employees working a given shift length might rise slightly, if the apparently missing data were included in the calculations.

### Analysis and calculation of "off-the-clock" time worked by employees

The database PFC was provided also contained store alarm records, which included information about moments in time when the alarm was disabled or enabled as employees open or close an individual store. The information includes the name of the employee who initiated the alarm transaction, the store number, and the date and time of the transaction. Accordingly, PFC was asked to compare these transactions with the employee time records to determine possible "off-the-clock" work activity between the time the alarm was activated and when employees signed in to the timekeeping system.

In order to prepare this data for processing, our staff extracted a file containing all the alarm records for a certain month, for each month, beginning with the partial month beginning December 7, 2002, the statute date for the off-the-clock claims, continuing through August 2009, which contains the most recent data. As the data were extracted this data, it was sorted it in order to prepare it for further processing. Exemplars of the data contained within these files are contained in Appendix D.1, with the entirety of the files included on optical disk.

As with analyzing the shift lengths presented above, PFC staff compared the alarm records and time records using programs written in Python. A file containing the Python code is attached as part of Appendix F.2. The program first examines a single day's alarm transaction, locates related time transactions (with the same information in the "Store Number" and "Date Worked" fields), and creates a single record in a new "comparison database" where ██████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████ ████████████████████████████████ This policy is noted in the deposition of Azeem Sikander, on page 137, and is attached as Appendix E.1. More specifically, each record in the comparison database contains the earliest time punches for two distinct employees, at a given store, on a given date. We also calculated the time difference, in seconds, between the time of the alarm transaction and the time of the clock-in time transactions. In all, we identified approximately 852,547 records for review.

4

# PHILLIPS FRACTOR & COMPANY LLC

• • • • •

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

To continue the analysis, after creating the comparison database, PFC staff identified records where there weren't two separate time transactions by two different employees which corresponded to the given date and store number of an alarm transaction.  While examining the differences between the alarm and time transactions, several cases of unusually large time differences were identified, with both negative and positive differences, where the time transactions are unusually before or after an alarm transaction.  Because these outliers in the database may not represent reasonable off-the-clock activity, PFC staff also identified an approximately equal number of large negative and large positive outliers from the database for purposes of future calculations.  Examples of these are included in Appendix G.8.

The time transactions are synchronized to a central location, and may only vary by a few seconds, according to page 28 of Stephen Agar's deposition, attached as Appendix E.3.  This difference is not significant, as the time transactions in my database are only precise down to the minute level.  However, according to page 33 of the deposition of Patrick Barker, the alarm transaction time may vary by as much as 10 minutes.  Based on this information, we assumed that when examining the initial time transaction, that any case where a first employee time transaction is more than 10 minutes (600 seconds) before an alarm transaction, that the difference should be considered a negative outlier.  These records comprise approximately 1.84% of the comparison database.  Noting that approximately the same number of records in the comparison database have a difference of over an hour (3600 seconds), PFC staff identified such records as positive outliers.

When analyzing the time differences in the comparison database between the alarm records and time records, PFC staff disregarded both positive and negative outliers from the paragraph above, as well as alarm records with fewer than two employees with matching time transactions as identified above.  PFC staff also identified and removed records on days where fewer than 280 stores were represented, as they indicate an unusual lack of data.  Most of these days were due to potentially missing time in the months of August, as mentioned above.  In total, approximately 33,419 records were removed from the database, leaving 819,128 records, or 96% of the original comparison database.

### Time Drift in the Alarm System Clock

While reviewing the differences in time by graphing the median time difference on a daily basis, a strong pattern was noticed that  suggested a gradual, linear shift in time.  According to page 28 of Stephen Agar's deposition, the alarm system time was noted to drift up to 10 minutes from a fixed time, and was adjusted occasionally.  Although this graph (presented in Appendix H.1) appears to have many outliers, it also shows clear trend lines illustrating a consistent shift.  In the middle of 2006, the graph suggests that the clock seems to have been adjusted, but rather than permanently correcting the time drift, the alarm clock drifted the same amount in the opposite direction.  The amount of the shift from August 2003 through April of 2005 seems to be approximately 10 minutes, corroborating Agar's deposition testimony.

In addition, the deposition of Azeem Sikander, page 138, states that the employees opening the store must first enter the store and disable the alarm before activating any other systems, such as the cash registers that are used to clock in.  Therefore, PFC staff also adjusted these time differences to

5

# PHILLIPS FRACTOR & COMPANY LLC

● ● ● ● ●

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

account for both the gradual drift in alarm time, and to take into account the time system clock's consistent difference compared to the alarm system clock.

In order to calculate an adjustment that would 'synchronize' alarm system and time system clocks, we used data from employees who clocked in quickly. In particular, an adjustment amount was calculated, in seconds, for each day, by taking the 5th percentile of each day's differences between alarm system and time system clocks. In other words, we took all the differences between the alarm and time systems recorded on a given day, and determined the adjustment where, on that day, 5% of the employees clocked in quicker (on the basis of time system compared to alarm system clock). These adjustments ranged from -483 to 388 seconds, with an average of -100 seconds, and a mean of -110 seconds. In other words, the adjustment compensated that the alarm system clock, on average, was 100 seconds fast.

After applying this adjustment to the records in the comparison database, the resulting time differences are much less likely to be negative: only 5% of the comparison records have a negative adjusted time difference, indicating an alarm timestamp before a time punch. There are over 150,000 records (about 18.5%) with an adjusted time differences above two minutes (indicating two minutes or more of off-the-clock work time) in comparison to under 4,000 records (about 0.5%) with -2 minutes or lower. Overall, the median adjusted difference is 59 seconds (time punch is after the alarm), with a mean of 118 seconds. A Table summarizing the numbers of adjusted differences is presented in Appendix G.3, with mean and median differences by year presented in Appendix G.4. A graph showing the distribution of these differences is shown in Appendix H.3.

### "Off the clock" time by Second Employee

It is our understanding from deposition testimony (Azeem Sikander, page 137 ) that two employees are required to be present in order to open a store. In those instances where there is a significant time difference between when a first employee clocks in and when a second employee clocks in, we assumed that this difference in time reflects off-the-clock time for the second employee, as that second employee is required to open the store, and the first employee's time transaction has established *in the timekeeping system* that the store is open. To analyze this additional time, we compared the clock-in time of the second employee to the *clock-in time* of the first employee. Any significant difference would note time where the second employee had reported to the store site in order to open the store, yet had not yet clocked in. Since these differences compare two time transactions, which each round to the nearest minute, these differences are expressed in minutes, not seconds.

The median *additional* time between the first and second employee time transaction is one minute, with 51.1% of the additional time records having zero difference or a one minute difference. Understanding that the first two employees have started work at the same time, we assume that any time difference over one minute is time worked off-the-clock. Therefore, 48.9% of these days have at least some small but significant amount of off-the-clock time. 11.4% of these days have differences of over 30 minutes.

# PHILLIPS FRACTOR & COMPANY LLC

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■   ● ● ● ● ●

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

The mean difference for the entire comparison database is 12.74 minutes per day, but as an alternate measure, we also considered "truncated means", including the mean of records with differences less than 2 hours (9.74 minutes per day) and differences less than 1 hour (7.45 minutes per day). A table of these results is presented in Appendix G.3, with mean and median differences by year presented in Appendix G.4. A graph showing the distribution of these differences is shown in Appendix H.4.

## Summary of off-the-clock analysis

The number of employees identified is summarized in the following table:

| Year | Count of Employee Names |
|---|---|
| 2002 | 1,966 |
| 2003 | 4,416 |
| 2004 | 5,056 |
| 2005 | 5,284 |
| 2006 | 5,211 |
| 2007 | 5,048 |
| 2008 | 5,171 |
| 2009 | 4,470 |
| | |
| All Years | 16,173 |

The total off-the-clock time is reflected in the following table:

| Year | Total Hours |
|---|---|
| 2002 | 1,752 |
| 2003 | 22,692 |
| 2004 | 26,086 |
| 2005 | 25,491 |
| 2006 | 32,331 |
| 2007 | 35,719 |
| 2008 | 36,889 |
| 2009 | 19,982 |

7

# PHILLIPS FRACTOR & COMPANY LLC

• • • • •

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

<u>Counts of employees with shift lengths over six hours without a meal break period</u>

Using the employee time record database described above, PFC was also asked to calculate the number of employees who worked a shift of over 6 hours without a time transaction for a meal break. Beginning with the monthly time extracts directly from the original database which PFC was provided, and using a Python program, a text file was created which contains only those time transaction records which noted such a shift of over six hours.

When assembling this text file, time records which had a "PayType" of "SICK", "HOLIDAY","FUNERAL", "VACATION", "JOB INJURY" and "JURY DUTY" were not included. Also excluded were time records with any "reason code", which appears to note manual adjustments to time rather that actual time worked. Although many of these adjustments may actually represent work time over six consecutive hours without a meal break, these transactions were excluded in order to conservatively calculate the number of employees with shifts of over 6 hours without a meal break, and include only time records which denote actual time worked.

After creating the text file, Microsoft Excel was used to count the number of names in those records, then assemble lists of all employees during the class period, and during each calendar year of the class period.

In total, there were approximately 485,620 records identified of over six hours without a time transaction for a meal break, including approximately 15,717 employees with at least one shift containing a single stint of over 6 hours. Also identified were approximately 5,585 employees with such transactions from July 29, 2005 through the remainder of 2005, approximately 7,428 employees in 2006, approximately 7,373 employees in 2007, approximately 7,122 employees in 2008, and approximately 5,976 employees from the beginning of 2009 through the most recent data in August 2009. A summary of these counts and lists of names are provided in Appendix G.7.

8

# APPENDIX A

# PHILLIPS FRACTOR & COMPANY LLC

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

● ● ● ● ●

# G. MICHAEL PHILLIPS, PH.D.

June 2012

## Current Positions

Professor of Finance, Real Estate and Insurance
College of Business and Economics
California State University, Northridge

Senior Research Fellow
Global Mapping International, Inc.

President
Phillips Research Applications, Inc.
(PRAI is a member of Phillips, Fractor & Company, LLC)

Chief Scientist & President
Center for Computationally Advanced Statistical Techniques (c4cast.com, Inc.)

## Education

| | | |
|---|---|---|
| Ph.D. 1982 | Economics, University of California, San Diego | |
| | Dissertation "Regulatory Issues in a Multiple Species Fishery:  The Case of San Pedro" | |
| M.A. 1980 | Applied Economics | |
| | University of California, San Diego | |
| B.S. 1977 | Illinois State University, | |
| | B.S. (Honors Program) in Mathematics and Economics | |

## Personal Data

Born May 29, 1957
Married, two children
Email: mphillips@rule26.com

750 EAST WALNUT STREET, PASADENA, CA  91101
(626) 744-3540 ● (626) 744-3530 FAX

# PHILLIPS FRACTOR & COMPANY LLC

ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

● ● ● ● ●

## Experience

| | |
|---|---|
| 1990-present: | Professor of Finance, Real Estate, and Insurance<br>College of Business and Economics[1]<br>California State University Northridge |
| 1988-1991: | Research Coordinator<br>College of Business and Economics[1]<br>California State University Northridge |
| 1987-1990: | Associate Professor of Finance, Real Estate, and Insurance<br>College of Business and Economics[1]<br>California State University Northridge |
| 1985-1987: | Lecturer in Economics and Finance<br>College of Business and Economics[1]<br>California State University Northridge |
| 1982-1985: | Assistant Professor of Finance and Business Economics<br>Graduate School of Business<br>University of Southern California |
| 1980-1982: | Economist<br>U.S. Department of Commerce<br>National Marine Fisheries Service |
| 1979-1980: | Research Economist<br>Energy Research Center<br>University of California, San Diego |

[1] Known as School of Business Administration and Economics prior to 1996

## Fellowships, Honors, And Competitive Grants

Loman Foundation Research Grant, 1987 (with J. Launie & G. Johnson)
Regent's Dissertation Fellow, 1981-82
Regent's Fellow, University of California, San Diego, 1977-82
Robert G. Bone Scholar, Illinois State University, 1976
Dewitt Wallace Fellow, Wood's Hole Pleasant Bay Marine Research Center, 1975
Beta Gamma Sigma (business)
Omicron Delta Epsilon (economics)
Kappa Mu Epsilon (mathematics)
Alpha Omega Nu (marine biology)

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■    ● ● ● ● ●

## Current Research Interests

Financial Economics & Valuation
Applied Econometrics, Economic Statistics, and Modeling
Forensic Economics
Applied Microeconomics
Business Economics
Labor Economics
Economics of Real Estate
Economics of Regulation, Market Structures and Industrial Organization
Quantitative Management

## Book

Training That Works:  Lessons From California's Employment Training Panel (with R. Moore, D. Blake, and D. McConaughy), (Kalamazoo, MI:  Upjohn Institute Press, 2003).

## Monographs and Serials

1.  *Lessons From the Past and New Priorities: A multi-method evaluation of ETP*  (with R. Moore, P. Gorman, D. Blake, G. Rossy, E. Cohen, T. Grimes, and M. Abad)  (Sacramento, CA: http://www.etp.ca.gov/docs/csun.doc, August 2004).

2.  *The Role of Structured On-Site Training in ETP* (with D. Blake, P. Gorman, and R. Moore) (Sacramento, CA: http://www.etp.ca.gov/docs/sostreport.pdf, July 2002)

3.  *ETP At Work: An Evaluation of 1995-96 ETP Projects*, (with R. Moore, D. Blake, D. McConaughy, A. Cheung von Haam), (Columbus, OH: ERIC # 437561, Jan 27, 2000).

4.  *Training That Makes A Difference: ETP's Impact on Trainees, Companies and the State's Economy*, (with R. Moore, D. Blake, D. McConaughy, A. Cheung von Haam), (Columbus, OH: ERIC #437562, Jan 27, 2000).

5.  *Accounting for Training: An Analysis of the Outcomes of California Employment Training Panel Programs*, (with R. Moore & D. Blake), (Columbus, OH: ERIC, May 1997).

6.  *Public Training with Private Efficiency:  An Analysis of the Outcomes of California Employment Training Panel Programs*, (with R. Moore & D. Blake), (Columbus, OH: ERIC, October 1994).

7.  *An Experimental Study of Comparable Worth*, (with E. Arnault, L. Gordon, D. Joines), Federal Reserve Bank of Kansas City Working Paper, 1989.

8.  *Rent Control:  A New Look at Its Political Economy*, (with M.C. Findlay, D. Joines, E. Arnault) JurEcon Monograph.

---

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

### Published Academic Papers

1.  "Low economic volatility investing" (with J. Chong), Journal of Wealth Management, *forthcoming*.

2.  "Misleading betas: An educational example", (with J. Chong and D. Halcoussis), American Journal of Business Education, *forthcoming*.

3.  "Five Types of Risk and A Fistful of Dollars: Practical risk analysis for investors" (with J. Chong and W.P. Jennings), Journal of Financial Service Professionals, Vol. 66, Issue 3.

4.  "Measuring Risk for Cost of Capital: The downside beta approach" (with J. Chong), Journal of Corporate Treasury Management, Vol. 4, Issue 4.

5.  "Can Typical Households Earn Hedge Fund Returns? An Analysis of the Eta© Replication Approach" (with J. Chong), in Journal of Derivatives and Hedge Funds, Vol. 18, Issue 1.

6.  "The Impact Of Neighborhood Ethnic Composition On Availability Of Financial Planning Services" (with J. Chong, and A.L. Phillips), Journal of Financial Service Professionals, Vol. 65, No. 6, November 2011.

7.  "Does Market Volatility Impact Presidential Approval?" (with J. Chong and D. Halcoussis), Journal of Public Affairs, Vol. 11, Issue 4, November 2011.

8.  "Beta Measures Market Risk Except When It Doesn't: Regime-switching alpha and errors in beta" (with J. Chong), The Journal of Wealth Management, Vol. 14, No. 3, Winter 2011.

9.  "Can Dual Beta Filtering Improve Investor Performance?" (with J. Chong and S. Pfeiffer), Journal of Personal Finance, Vol. 10, No. 1, 2011.

10. "S&P 500 ETFs and Index Funds: Are fees all there is to it?" (with J. Chong and M. M. Hussein), The Journal of Wealth Management, Vol. 14, No. 2, Fall 2011.

11. "When `Dartboard Investing', It Helps to Pick the Right Dartboard: A Comparison of Randomly Selected Stock and Fund Portfolios" (with J. Chong), The Journal of Wealth Management, Vol. 13, No. 4, Spring 2011.

12. "Neighbourhood Effects and Asset Allocation" (with J. Chong and J. Dow), Journal of Interdisciplinary Economics, Vol. 23, No. 1, 2011.

13. "The Persistence of Traditional Gender Stereotypes: Evidence From the Distribution of Academic Honors at a Female-Majority University" (with A.L. Phillips), American Journal of Business Education, Vol. 3, No. 10, October 2010.

14. "Interpreting Bivariate Regression Coefficients: Going Beyond the Average" (with D. Halcoussis), American Journal of Business Education, Vol. 3, No. 4, 2010.

---

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

15. "The Obama Effect" (with D. Halcoussis and A. Lowenberg), Journal of Economics and Finance, Vol. 33, Issue 3, 2009.

16. "EVA: The Bubble Years, Meltdown, and Beyond" (with J. Chong and M. Her), Journal of Asset Management, Vol. 10, No. 3, 2009.

17. "Using Economic Value Added as a Portfolio Separation Criterion" (with D. Fountaine and D. Jordan), Quarterly Journal of Finance and Accounting, Vol. 47, January 2008.

18. "To Sin or Not to Sin? Now That's the Question" (with J. Chong and M. Her), Journal of Asset Management, Vol. 6 No. 6, March 2006.

19. "An Empirical Study of the Effectiveness of Publicly-Funded Structured on-Site Training: Implications for Policy and Practice," (with D. Blake, P. Gorman, and R. Moore), Journal of Vocational Education & Training, Vol. 56, No. 3, 2004.

20. "Market Value Added as an Investment Selection Tool: A Portfolio Separation Test" (with D. Cary, J. Chong, and M. Her), Investment Management and Financial Innovations (Vol. 1, No. 1, 2004).

21. "A Hedonic Regression Model for Internet Domain Names", Business Valuation Review, June 2003.

22. "Four Leading Economic Confidence Measures: Who's Optimism Matters?", Journal of Business Forecasting, Winter 2002-2003.

23. "An Experimental Study of Job Evaluation and Comparable Worth" (with E. Arnault, L. Gordon, D. Joines), Industrial and Labor Relations Review, Vol. 54, No. 4, July 2001.

24. "Founders versus Descendants: The Profitability, Efficiency, Growth Characteristics and Financing in Large, Public, Founding Family Controlled Firms" (with D. McConaughy), Family Business Review, June 1999.

25. "The Impact of Neighborhood Identification on Property Values" (with D. Bleich and D. Cary), Proceedings of the Academy of Accounting and Financial Studies, 1998.

26. "The Impact of Earnings Losses on Future Social Security Benefits: Much Ado About Nothing?" (with D. Fractor & D. McConaughy), Litigation Economics Digest, Summer 1997.

27. "Introduction to Cross-Tabulation Statistics for Disparate Impact Cases" Litigation Economics Digest, Fall 1995.

28. Review of "Litigation Services: Information Sources for Expert Witnesses" (with D. Fractor), Litigation Economics Digest, Fall 1995.

29. "The Case for Labor Market Risk in Computing Present Value" (with D. Fractor), Defense Counsel Journal, April 1992.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

• • • • •

30. "The Economic Impact of a Well-Designed Landfill on Surrounding Neighborhood Values" (with D. Bleich & M.C. Findlay), The Appraisal Journal, April 1991.  Excerpted and reprinted as "Does A Landfill Bring Down Property Values?", Waste Age, August 1991.

31. "The Economic Determinants of Wages in Southern California: A Survey Analysis" (with E. Trybus & G. Johnson), ASA Proceedings, 1990.

32. "Notes on the Estimation of Extrapolated Benefits in Wrongful Death Litigation," (with D. Fractor), Journal of Forensic Economics, Summer 1990.

33. "Selecting a Discount Rate in Personal Injury, Wrongful Death, and Wrongful Termination Damage Computations: A Comment on the Role of Risk", Journal of Forensic Economics, April, 1989.

34. "Risk as a Discount Rate Determinant in Wrongful Death and Injury Cases" (with W. Jennings), The Journal of Risk and Insurance, March, 1989.

35. "Social Security Payments, Money Supply Announcements, and Interest Rates" (with D. Joines and T. Clark), Journal of Monetary Economics, 22 (1988).

36. "A Note on the Logarithmic Transformation in Forecasting" (with G. Johnson), communication in Decision Line, December 1987.

37. "Rent Seeking and Insurance Education:  An Empirical Test" (with G. Johnson and J. Launie), Journal of Insurance Issues and Practices, January, 1987.

38. "Housing Attributes Associated With Capital Gains" (with D. Dale-Johnson), American Real Estate and Urban Economics Association Journal, June, 1984.

39. "Interactions Between Fishing Effort and Catch Per Unit Effort in the San Pedro Fishery: a Statistical Note", CalCOFI Reports, October, 1983.

40. "Response Surfaces: summarizing complex simulation results in a manner suitable for inexpensive use by architects and builders" (with A.V. Sebald) Proceedings Annual Meeting Am. Sect. Int. Sol.  Sol. Energy Soc., May 26, 1981.

41. "Controlled integration of Trombe wall and direct gain in passive solar residences" (with A.V. Sebald) Proceedings Annual Meeting Am. Sect. Int. Sol.  Sol. Energy Soc., May 26, 1981.

## U.S. Patents Issued

G. Michael Phillips, M. Chapman Findlay, III, William P. Jennings, Stephen A. Klein, Mark E. Rice.  Community-selected content.  US Patent 7958204.  June 7, 2011.

# PHILLIPS FRACTOR & COMPANY LLC
### ECONOMICS, STATISTICS, & FINANCE
### RESEARCH, CONSULTING, & TESTIMONY
#### A LIMITED LIABILITY COMPANY

• • • • •

G. Michael Phillips, M. Chapman Findlay, III, Stephen A. Klein, William P. Jennings, Mark E. Rice. Sensitivity/elasticity-based asset evaluation and screening. US Patent 7580876. August 25, 2009.

William P. Jennings, G. Michael Phillips, M. Chapman Findlay, III, Kenneth M. Leslie. Asset portfolio tracking. US Patent 7383219. June 3, 2008.

G. Michael Phillips, Mark E. Rice, Stephen A. Klein, William P. Jennings, M. Chapman Findlay, III. Significance-based display. US Patent 7193628. March 20, 2007.

G. Michael Phillips, M. Chapman Findlay, William P. Jennings, Stephen A. Klein, Mark E. Rice. Forecasting using interpolation modeling. US Patent 7072863. July 4, 2006.

Stephen A. Klein, G. Michael Phillips, William P. Jennings, M. Chapman Findlay, III, Mark E. Rice. Identifying industry sectors using statistical clusterization. US Patent 6907403. June 14, 2005.

G. Michael Phillips, William P. Jennings, M. Chapman Findlay, III, Stephen A. Klein, Mark E. Rice. Combination forecasting using clusterization. US Patent 6792399. September 14, 2004

Mark E. Rice, Stephen A. Klein, G. Michael Phillips, M. Chapman Findlay, III, William P. Jennings. Provision of informational resources over an electronic network. US Patent 6658467. December 2, 2003.

William P. Jennings, M. Chapman Findlay, III, G. Michael Phillips, Stephen A. Klein, Mark E. Rice. Forecasting contest. US Patent 6606615. August 12, 2003.

G. Michael Phillips, M. Chapman Findlay, William P. Jennings, Stephen A. Klein, Mark E. Rice. Prediction input. US Patent 6473084. October 29, 2002.

M. Chapman Findlay, III, G. Michael Phillips, William P. Jennings, Mark E. Rice, Stephen A. Klein. Asset price forecasting. US Patent 7337135. October 19, 2000.


## Conference Papers

1. "Five Types of Risk and A Fistful of Dollars: Practical risk analysis for investors" (with J. Chong and W.P. Jennings) presented at Financial Planning Association of Orange County, also presented at Financial Planning Association of San Diego, November 2011.

2. "S&P 500 ETFs and Index Funds: Are fees all there is to it?" (with M. Hussein and J. Chong) presented at Academy Financial Services Annual Meeting 2011, October 2011.

3. "How Many Holdings for Diversification?" (with J. Chong) presented at Financial Management Association's Financial Planning and Analysis Corporate Round Table, October 2011.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

4.  "Macroeconomic Portfolio Construction:  An introduction to MacroRisk for academia" (with J. Chong) presented at Financial Management Association's Financial Planning and Analysis Corporate Round Table, October 2011.

5.  "What's Best Isn't Normal: The dual-beta model and estimated costs of capital" (with J. Chong) presented at Financial Management Association's Financial Planning and Analysis Corporate Round Table, October 2011.

6.  "Macroeconomic Portfolio Construction" (with J. Chong and W.P. Jennings) presented at Business and Wealth Management Forum, October 2011.

7.  "It's Not Betting on Winners but Avoiding Loss That Matters:  Portfolio analysis and strategy for these volatile times" (J. Chong and M. Hussein) presented at Southern California Financial Planning Associations' Technology Day:  Trends for 2011 & Beyond, June 2011.

8.  "S&P 500 ETFs and Index Funds:  Are fees all there is to it?" (with M. Hussein and J. Chong) presented at Tamkang University in Taipei, Taiwan, June 2011.

9.  "S&P 500 ETFs and Index Funds:  Are fees all there is to it?" (with M. Hussein and J. Chong) presented at Annual International Conference on Accounting and Finance, AF 2011 in Singapore, May 2011.

10. "Understanding Credit Reports and Scores" (with J. Chong) presented at My Money Management in California State University, Northridge, April 2011.

11. "Breaking Through Boundaries:  Initial steps toward finding profitable, but mostly untapped, markets" (with J. Chong) presented at the Quarterly General Breakfast Meeting of the Society of Financial Service Professionals, San Fernando Valley Chapter, March 2011.

12. "MacroRisk Analytics Methods for Financial Planners:  Investment tools for a Changing Economy" (with J. Chong) presented at Personal Financial Planning Association at Texas Tech University, March 2011.

13. "Bubble Risks, Economics Risks, and Portfolios" (with J. Chong) presented at Personal Financial Planning Association at Texas Tech University, March 2011.

14. "Presidential Approval Ratings and Risk," (with J. Chong and D. Halcoussis) presented at Financial Management Association Annual Meeting 2010, October 2010.

15. "Can Typical Households Earn Hedge Fund Returns?" (with J. Chong) presented at Academy of Financial Services, October 2010.

16. "The Performance of Safe Portfolios During Stressful Times: How Beta failed, why new measures were needed" (with J. Chong) presented at Financial Management Association, October 2009.

17. "New Perspectives on Portfolio Risk" (with J. Chong) presented at Financial Planning Association, July 2010.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

● ● ● ● ●

18. "A New Approach to Measuring and Managing Investment Risk" presented at June 2010 Meeting of American Association of Individual Investors, June 2010.

19. "The Obama Effect" (with A. Lowenberg and D. Halcoussis) presented at Western Economic Association International annual conference, July 2009.

20. "Financial Simulation and Risk Analysis Using PopTools" (with J. Chong and P. Gorman) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2008.

21. "Open Source Software Resources for Financial Research and Teaching: An Evaluation with Applications", (with M. Her) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2007.

22. "EVA: The Bubble Years, Meltdown, and Beyond", (with J. Chong, D. Fountaine, M. Her) presented at Academy of Financial Services 21st Annual Meeting, October 2007.

23. "Fun with Beta! (Or, applying Beta is a risky proposition)" (with W.P. Jennings) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2006.

24. "Teaching Finance Electronically: A Panel Discussion", panel member, Financial Management Association, October 2006.

25. "Is Economic Value Added a Better Proxy for Market Value Added?" (with J. Chong, M. Her, D. Fountaine), presented at the Academy of Financial Services International Conference, 2006.

26. "Hedonic Regression and Unusual Loss Analysis in Civil Litigation" (with D. Fractor) Invited Presentation, International Contracts Conference, February 2006.

27. "Eta™ Analysis: Forecasting and Quantitative Analysis for Investment Banking and Hedge Funds", Invited Keynote Presentation, Institute for Operations Research and Management Science (INFORMS) Roundtable Meeting on Forecasting, February 2006.

28. "A Strategic View of How State-Sponsored Training Works for Companies: Findings from an Evaluation of the Largest State-Sponsored Workforce Training Program in the United States," (with P. Gorman, R. Moore, D. Blake, G. Rossy) presented at the 2006 Western Academy of Management Conference, Long Beach, CA.

29. "Evaluating Institutional Arrangements for State-Funded Customized Training: An Analysis of the California Employment Training Panel Program," (with P. Gorman, R. Moore, D. Blake, G. Rossy) presented at the 2006 Academy of Human Resource Development Conference, Columbus, Ohio.

30. "An Eta Analysis of IBM" (with W.P. Jennings and M.C. Findlay) invited paper, Financial Management Association Financial Planning and Analysis Corporate Round Table, October 2005.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

31. "When It's Good,It's Good; When It's Bad, It's Better" (with J. Chong and M. Her) at Academy of Financial Services International Conference, 2005.

32. "Does State-Sponsored Training Work for Workers? An Econometric Analysis of How a State-Sponsored Training Program Affects Trainees' Earnings," (with P. Gorman, R. Moore, D. Blake, G. Rossy) presented at the 2005 Western Academy of Management Conference, Las Vegas, NV.

33. Lessons from the Past and New Priorities: A Multi-Method Evaluation of ETP, report submitted to California Employment Training Panel (with R. Moore, P. Gorman, D. Blake, G. Rossy, E. Cohen, T. Grimes, and M. Abad).

34. "An Empirical Study of the Effectiveness of Publicly-Funded 'Structured on-Site Training': Implications for Policy and Practice," (with P. Gorman, R. Moore, and D. Blake) presented at the 2004 Western Academy of Management Conference, Anchorage, AK.

35. Impact of Capitation on Investment Risk in Health Insurance Companies (with P. Born) presented at American Risk and Insurance Association, 2003.

36. Beyond the "Four Levels": A Dynamic Model of Evaluation" (with R. Moore, D. Blake, and P. Gorman) presented at Western Academy of Management, 2003.

37. "ETP's Impact on Trainees: An Analysis of Earnings and Employment," (with P. Gorman, R. Moore, and D. Blake) interim report submitted to California Employment Training Panel, December, 2003.

38. Public Subsidy of Private on The Job Training: Policy Lessons from California's Employment Training Panel (with R. Moore, D. Blake, and P. Gorman) presented at Journal of Vocational Education and Training 5th International Conference, 2003.

39. "ETP's Role in the California Economy: A Concept Paper," (with R. Moore, D. Blake, P. Gorman, C. Herczeg) assessment concept paper funded by California Employment Training Panel in August, 2002.

40. Matching the Tools with the Targets: A Reappraisal of Outcomes, Measurement, and Strategy (with M. O'Rear), invited paper to the Cypress 2000 Conference, 2000.

41. ETP Training and Individual Outcomes, presented to the State of California Employment Training Panel, 2000.

42. The Impact of Neighborhood Identification on Property Values (with D. Bleich and D. Cary), presented at Allied Academics International Conference, 1998.

43. Estimating Economic Losses Using Discounted Intervention Analysis: A Theoretical Analysis (with D. Fractor) presented at Western Economic Association meetings, 1993.

44. Issues in Taxes and Fringe Benefit Valuation, Topic Discussant presented at National Association of Forensic Economics meetings, 1993.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

45. The Economic Determinants of Wages in Southern California: A Survey Analysis (with E. Trybus and G. Johnson) presented at The American Statistical Association Meetings, 1990.

46. An Economic Analysis and Taxonomy of Insurance Rate of Return Regulation (with K. Greenhalgh, G. Johnson, and J. Launie) presented at The Western Risk and Insurance Association, 1990.

47. The Economic Impact of a Landfill on Surrounding Neighborhood Values (with D. Bleich & M.C. Findlay) presented at American Real Estate Society Meetings, 1989.

48. A Labor Market Test of the "Stair Steps" earnings hypothesis (with G. Johnson and E. Trybus) presented at The American Statistical Association Conference on Social Science, 1988.

49. Perversity in the Regulation of Transfrontier Pollution (with D. Fractor) presented at Western Economic Association Meetings, 1988.

50. A Regulatory Explanation for Underwriting Cycles (with J. Launie and G. Johnson) presented at Western Risk and Insurance Association; and at American Risk and Insurance Association, 1987.

51. Social Security Payments and Monetary Forecast Errors (with D. Joines and T. Clark) presented at Western Finance Association meetings, 1986.

52. Expectations Formation and Forecasting, Topic Discussant presented at Western Economics Association meetings, 1986.

53. A Tale of Two Cities: Forecasting Nonresidential Construction Activity Using Employment Data (with D. Dale-Johnson) presented at Western Economic Association Meetings, 1984.

54. On the Inappropriateness of Annual Fishing Models for Regulatory Analysis presented at CalCOFI Meetings, 1982.

55. Bivariate Causal Models of Commercial Fisheries with Applications to Schaefer Models presented at CalCOFI Meetings, 1981.

**Other Publications**

1. "Low Volatility Portfolio Tools for Investors" (with J. Chong and W.P. Jennings), Technology Tools for Today Newsletter, Vol. IX, Issue 11, November 2011.

2. "'America West' Rejects Strict Standard on Stock Price Effect" (with M.C. Findlay and D. Garcia), Los Angeles Daily Journal, April 1, 2003, p. 7.

# PHILLIPS FRACTOR & COMPANY LLC
ECONOMICS, STATISTICS, & FINANCE
RESEARCH, CONSULTING, & TESTIMONY
A LIMITED LIABILITY COMPANY

●  ●  ●  ●  ●

## Refereeing Experience

*Eastern Economic Journal*
*Economic Inquiry*
*Journal of Economics and Finance*
*Journal of Insurance Issues and Practices*
Associate Editor (2004-2006) - *Journal of Investment
    Management and Financial Innovations*
*Journal of Macroeconomics*
Associate Editor (1995-1999), *Litigation Economics Digest*

John Wiley and Sons
Little, Brown & Company
Prentice-Hall Publishing Company
Southern Economic Journal
Southwest Publishing Company
Thomson Learning Company
Wadsworth Publishing Company

# APPENDIX B

April 21, 2012

## Recent Testimony of G. Michael Phillips, Ph.D.

(Since 2008)

### Recent Trial & Arbitration Testimony:

| | |
|---|---|
| 9/12/2008 | Vallery v. Target |
| 3/16/2009 | Schulze Haynes v. Granatelli Motor Sports, et al |
| 3/1-3/4,3/18,3/19,3/23/2010 | Union Pacific v. Santa Fe Pacific Pipelines |
| 6/30/2010 | Urga v. Redlands Community Hospital |
| 4/17/2012 | Angelica Textile Services, Inc. v. Jaye Park, Emerald Textiles LLC |
| 4/19/2012 | James Sahagun and Gerardo Garcia v. Landmark Fences Co., Inc. |

### Recent Deposition Testimony:

| | |
|---|---|
| 9/12/2008 | Vallery v. Target |
| 12/1/2008 | In re: Safety Kleen cases |
| 1/28/2009 | In re: Safety Kleen cases |
| 4/22 – 4/24/2009 | Union Pacific v. Santa Fe Pacific Pipelines |
| 5/19/2009 | Michael Mann v. Harbor Distributors |
| 5/26 – 5/29/2009 | Union Pacific v. Santa Fe Pacific Pipelines |
| 6/16-6/17/2009 | Union Pacific v. Santa Fe Pacific Pipelines |
| 10/26/2009 | Sandee Estrada v. HD Supply Repair & Remodel |
| 3/26/2010 | Aron v. U-Haul |
| 6/17/2010 | Urga v. Redlands Community Hospital |
| 6/1/2010 | Karen Drake, et al v. K. Hovnanian Companies of California, Inc. et al |
| 12/2/2011 | Aron v. U-Haul |
| 12/14/2011 | Angelica Textile Services, Inc. v. Jaye Park, Emerald Textiles LLC |
| 2/24/2012 | Montalvo v. Werner Enterprises, Inc. |
| 3/9/2012 | James Sahagun and Gerardo Garcia v. Landmark Fences Co., Inc. |
| 3/23/2012 | Transit Air Cargo v. Perotta, Transgroup Express, Inc. et al |
| 4/20/2012 | Cherin v. Catholic Healthcare West |

# APPENDIX C

# PHILLIPS FRACTOR GORMAN

CONSULTANTS IN ECONOMICS STATISTICS MANAGEMENT
A PARTNERSHIP OF CORPORATIONS

• • • • •

5/2/2012

Initiative Legal Group
1800 Century Park East 2nd Floor
Los Angeles, CA  90067

**Invoice #:** 125-ILG412

**For consulting services rendered on:**          **Myart v. Autozone**

|  |  | Description of Hours Worked | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/16/2012 | Mr. Chasworth | Confer with attorney | 0.50 | 225.00 | 112.50 |
| 4/17/2012 | Mr. Lange | Review documents | 0.25 | 150.00 | 37.50 |
| 4/18/2012 | Mr. Lange | Review documents | 0.75 | 150.00 | 112.50 |
| 4/25/2012 | Mr. Chasworth | Review documents, complaints | 2.00 | 225.00 | 450.00 |
| 4/26/2012 | Mr. Chasworth | Cost estimate | 3.50 | 225.00 | 787.50 |

Terms:  Due upon receipt

Please remit checks payable to: Phillips Fractor Gorman
Tax ID Number: 81-0559988

| **Total** | **$1,500.00** |
|---|---|
| **Less Deposit** | **$0.00** |
| **Balance Due** | **$1,500.00** |

It is customary to pay for professional services when rendered.  If not paid within thirty (30) days, a 1.5% monthly fee will be charged on all past due amounts.  In the event it becomes necessary to employ a collection agency or attorney to collect past due accounts or initiate court proceedings, you will be responsible for all fees and court costs.

750 EAST WALNUT STREET · PASADENA, CA 91101
(626) 744-3540 · (626) 744-3530 FAX · WWW.RULE26.COM

# PHILLIPS FRACTOR GORMAN

CONSULTANTS IN ECONOMICS STATISTICS MANAGEMENT

A PARTNERSHIP OF CORPORATIONS

• • • • •

6/1/2012

Initiative Legal Group
1800 Century Park East 2nd Floor
Los Angeles, CA  90067

**Invoice #:** 126-l512

**For consulting services rendered on:**                          **In re Autozone**

| | | Description of Hours Worked | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/24/2012 | Mr. Chasworth | Travel and meet with Mr. Cheng, Mr. Shubin | 3.00 | 225.00 | 675.00 |
| 5/29/2012 | Dr. Phillips | Confer with Mr. Chasworth | 0.25 | 450.00 | 112.50 |
| 5/29/2012 | Mr. Chasworth | Confer with Dr. Phillips | 0.25 | 225.00 | 56.25 |
| 5/30/2012 | Mr. Chasworth | Review employee data; review documents; confer with Mr. Cheng | 3.00 | 225.00 | 675.00 |

| | |
|---|---|
| **Total** | **$1,518.75** |
| **Less Deposit** | **$0.00** |
| **Balance Due** | **$1,518.75** |

Terms:  Due upon receipt

Please remit checks payable to: Phillips Fractor Gorman
Tax ID Number: 81-0559988

It is customary to pay for professional services when rendered.  If not paid within thirty (30) days, a 1.5% monthly fee will be charged on all past due amounts.  In the event it becomes necessary to employ a collection agency or attorney to collect past due accounts or initiate court proceedings, you will be responsible for all fees and court costs.

750 EAST WALNUT STREET · PASADENA, CA 91101
(626) 744-3540 · (626) 744-3530 FAX · WWW.RULE26.COM

# PHILLIPS FRACTOR GORMAN
CONSULTANTS IN ECONOMICS STATISTICS MANAGEMENT
A PARTNERSHIP OF CORPORATIONS

• • • • •

6/21/2012

Initiative Legal Group
1800 Century Park East 2nd Floor
Los Angeles, CA  90067

**Invoice #:** 127-ILG412

**For consulting services rendered on:**          **In re Autozone**

| | Description of Hours Worked | Hours | Rate | Total |
|---|---|---|---|---|
| 6/12/2012  Mr. Chasworth | Prepare and review database from Mr. Shubin | 2.00 | 225.00 | 450.00 |

Terms:  Due upon receipt

Please remit checks payable to: Phillips Fractor Gorman
Tax ID Number: 81-0559988

| | |
|---|---|
| **Total** | **$450.00** |
| **Less Deposit** | **$0.00** |
| **Balance Due** | **$450.00** |

It is customary to pay for professional services when rendered.  If not paid within thirty (30) days, a 1.5% monthly fee will be charged on all past due amounts.  In the event it becomes necessary to employ a collection agency or attorney to collect past due accounts or initiate court proceedings, you will be responsible for all fees and court costs.

750 EAST WALNUT STREET · PASADENA, CA 91101
(626) 744-3540 · (626) 744-3530 FAX · WWW.RULE26.COM


**PHILLIPS, FRACTOR & COMPANY** LLC

**Invoice #:** 128-ILG412

# Invoice

7/31/2012

Initiative Legal Group
1800 Century Park East 2nd Floor
Los Angeles, CA  90067

**For consulting services rendered on:**      In re Autozone

| | | Description of Hours Worked | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/13/2012 | Mr. Chasworth | Review deposition transcripts | 2.00 | 225.00 | 450.00 |
| 7/17/2012 | Mr. Chasworth | Review database; prepare data | 6.50 | 225.00 | 1,462.50 |
| 7/18/2012 | Mr. Chasworth | Prepare data for calculations | 9.00 | 225.00 | 2,025.00 |
| 7/19/2012 | Mr. Chasworth | Prepare data for calculations | 7.50 | 225.00 | 1,687.50 |
| 7/20/2012 | Mr. Chasworth | Prepare data for calculations; perform employee time calculations | 11.00 | 225.00 | 2,475.00 |
| 7/23/2012 | Mr. Chasworth | Employee time calculations; telephone call with David Cheng | 3.25 | 225.00 | 731.25 |
| 7/23/2012 | Mr. Chasworth | Prepare data for calculations | 11.50 | 225.00 | 2,587.50 |
| 7/27/2012 | Mr. Chasworth | Prepare data for calculations; perform employee time calculations | 5.00 | 225.00 | 1,125.00 |
| 7/28/2012 | Mr. Chasworth | Prepare data for calculations; perform employee time calculations | 4.50 | 225.00 | 1,012.50 |
| 7/29/2012 | Mr. Chasworth | Prepare data for calculations; perform employee time calculations | 5.75 | 225.00 | 1,293.75 |
| 7/30/2012 | Mr. Chasworth | Prepare data for calculations; perform employee time calculations | 8.25 | 225.00 | 1,856.25 |
| 7/31/2012 | Mr. Chasworth | Perform employee time calculations; prepare report | 13.00 | 225.00 | 2,925.00 |
| 8/1/2012 | Mr. Chasworth | Perform employee time calculations; prepare report | 2.75 | 225.00 | 618.75 |

Terms: Due upon receipt

Please remit checks payable to: Phillips, Fractor & Company, LLC
Tax ID Number: 45-5551955

| | |
|---|---|
| **Total** | **$20,250.00** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$20,250.00** |

It is customary to pay for professional services when rendered.  If not paid within thirty (30) days, a 1.5% monthly fee will be charged on all past due amounts.  In the event it becomes necessary to employ a collection agency or attorney to collect past due accounts or initiate court proceedings, you will be responsible for all fees and court costs.

750 East Walnut Street | Pasadena, CA  91101 | (626) 744-3540 | (626) 744-3530 FAX | www.Rule26.com



**PHILLIPS, FRACTOR & COMPANY** LLC

**Invoice #:** 129-ILG412

# Invoice

9/6/2012

Initiative Legal Group
1800 Century Park East 2nd Floor
Los Angeles, CA  90067

**For consulting services rendered on:**        In re Autozone

| | | Description of Hours Worked | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/1/2012 | Dr. Phillips | Confer with Mr. Chasworth | 0.50 | 450.00 | 225.00 |
| 8/2/2012 | Dr. Phillips | Confer with Mr. Chasworth | 0.50 | 450.00 | 225.00 |
| 8/2/2012 | Mr. Chasworth | Confer with Dr. Phillips | 0.50 | 225.00 | 112.50 |
| 8/16/2012 | Mr. Chasworth | Confer with attorney; prepare report; perform employee time calculations | 3.25 | 225.00 | 731.25 |
| 8/20/2012 | Mr. Chasworth | Prepare report; perform employee time calculations | 6.00 | 225.00 | 1,350.00 |
| 8/21/2012 | Mr. Chasworth | Prepare report; perform employee time calculations | 4.50 | 225.00 | 1,012.50 |
| 8/22/2012 | Mr. Chasworth | Prepare report; perform employee time calculations | 4.50 | 225.00 | 1,012.50 |
| 8/23/2012 | Mr. Chasworth | Confer with attorney; prepare report; perform employee time calculations | 3.50 | 225.00 | 787.50 |
| 8/29/2012 | Mr. Chasworth | Prepare report; perform employee time calculations | 1.00 | 225.00 | 225.00 |
| 8/30/2012 | Mr. Chasworth | Prepare report; perform employee time calculations | 4.00 | 225.00 | 900.00 |
| 8/31/2012 | Dr. Phillips | Confer with Mr. Chasworth | 0.25 | 450.00 | 112.50 |
| 8/31/2012 | Mr. Chasworth | Confer with attorneys; confer with Dr. Phillips; prepare report; perform employee time calculations | 2.75 | 225.00 | 618.75 |

Terms: Due upon receipt

Please remit checks payable to: Phillips, Fractor & Company, LLC
    Tax ID Number: 45-5551955

| | |
|---|---|
| **Total** | **$7,312.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$7,312.50** |

It is customary to pay for professional services when rendered.  If not paid within thirty (30) days, a 1.5% monthly fee will be charged on all past due amounts.  In the event it becomes necessary to employ a collection agency or attorney to collect past due accounts or initiate court proceedings, you will be responsible for all fees and court costs.

750 East Walnut Street | Pasadena, CA  91101 | (626) 744-3540 | (626) 744-3530 FAX | www.Rule26.com

# APPENDIX D.1

Redacted

# APPENDIX D.2

Redacted

# APPENDIX D.3

| EmplID | SSN | FirstName | LastName | StoreNo | DateWorked | RecordID | shiftno | stints | hours | HrsZero | HrsLT3h | HrsGE3hLT4 | HrsGE4LE6 | HrsGTGLE7 | HrsGT7LT8 | HrsGE8 | error |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10197421 | | | | 2876 | 00:00.0 | 7605080 | 15041 | 3 | 7.283334 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 7375892 | 15042 | 1 | 0.033333 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 7375899 | 15043 | 3 | 8.003334 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 7149976 | 15044 | 2 | 7.633333 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 7149982 | 15045 | 2 | 7.766666 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 7149987 | 15046 | 2 | 8.3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 7149990 | 15047 | 2 | 7.833333 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 7149994 | 15048 | 2 | 8.1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8801406 | 15049 | 2 | 7.883334 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8801410 | 15050 | 2 | 8.033333 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8801412 | 15051 | 2 | 8.25 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8801415 | 15052 | 2 | 8.116666 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8801418 | 15053 | 2 | 8.2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8622854 | 15054 | 2 | 8.066666 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 7605073 | 15040 | 1 | 2.466667 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 7605066 | 16839 | 3 | 7.416666 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 7375890 | 23077 | 2 | 7.633333 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8622863 | 15267 | 3 | 8.6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8622865 | 15268 | 2 | 7.783333 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8622870 | 15269 | 2 | 8.066666 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8440387 | 15270 | 2 | 6.65 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8440392 | 15271 | 2 | 7.683333 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8440398 | 15272 | 2 | 8.133334 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8440403 | 15273 | 2 | 8.466667 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8440409 | 15274 | 2 | 8.433334 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8260457 | 15275 | 3 | 8.016667 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8260460 | 15276 | 1 | 5.966667 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8260465 | 15277 | 2 | 7.983334 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8260467 | 15278 | 1 | 7.8 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8622858 | 15266 | 2 | 0.2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8260471 | 15279 | 2 | 8.316667 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8065005 | 15280 | 2 | 6.85 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8065011 | 15281 | 3 | 8.036667 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8065016 | 15282 | 2 | 6.95 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 8065022 | 15283 | 2 | 7.65 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8065024 | 15284 | 1 | 6.066667 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 8065026 | 15285 | 1 | 5.066667 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 9513774 | 15286 | 2 | 6.033333 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 9513781 | 15287 | 2 | 7.483334 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9513787 | 15288 | 2 | 8.1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9513794 | 14593 | 2 | 8.183333 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 9156182 | 14594 | 1 | 5.1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 9334387 | 34792 | 2 | 7.95 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9334392 | 34793 | 3 | 8.9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9334382 | 34791 | 1 | 8.383333 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9334396 | 34794 | 2 | 8.45 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9334402 | 34795 | 2 | 8.383334 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9156188 | 14595 | 2 | 7.916666 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 9156192 | 14596 | 2 | 7.916666 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 9156196 | 14597 | 2 | 7.8 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 10197421 | | | | 2876 | 00:00.0 | 9156200 | 14598 | 2 | 8.2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 10197421 | | | | 2876 | 00:00.0 | 9094278 | 14599 | 2 | 7.683333 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |

SSN, FirstName, and LastName columns are redacted.

# APPENDIX D.4

Redacted

# APPENDIX E.1

Q        If you look beneath that line where it goes to break period, which I will refer to as rest breaks so it is clear for the record --

A        Okay.

Q        -- it says, an Autozoner who works eight hours per day is provided two break periods of not less than ten consecutive minutes.

If an employee works a shift of six hours in length, how many breaks would they get?

A        I would think one of ten minutes.

Q        That is what I am referring to. Ten-minute break.

And then if they worked a six and a half hour shift, how many ten-minute breaks would they get?

A        It is my understanding that they have to work a total of eight hours to get the two breaks --

Q        Okay.

A        -- of ten minutes each.

Q        Even if they worked seven hours?  One 10-minute break?

Page 77

A          That is my understanding.  It has to be eight hours.

MR. BREWER:  Object.  It is outside the scope.

BY MS. SCHIMMEL:

Q          This document that we marked as Exhibit 5 -- it applies to all California stores.  Correct?

A          This is for California stores.

MS. SCHIMMEL:  Then I will mark as Exhibit 6 -- this is a one-sheet document that is titled Tracking Meal Periods.

(Whereupon, Exhibit No. 6 was marked for identification and is attached hereto.)

BY MS. SCHIMMEL:

Q          This is Bates AMDL003941.  Have you seen this document before?

A          Yes, I have.

Q          It reflects a revision date of July 2008.

Do you know if this -- the policy that is reflected in this document was in effect from 2002 until July 2008?

Page 78

certain activities to get ready for the store opening.

Q       When are employees required to arrive at the store to start work?

MR. BREWER:  Objection. Overbroad, vague, and ambiguous.

THE WITNESS:  There is a five-minute window, five minutes before or five minutes after their scheduled time.  That is the acceptable time for them to arrive at the store and clock in.

BY MS. SCHIMMEL:

Q       So based on your knowledge of scheduling and how the automatic scheduler is generated, if a store opens at 7:00 a.m, what time are the first employees scheduled to start work?

A       There is a minimum of two Autozoners that have to enter the store.  And depending upon how the -- well, not depending upon.  It is a half hour prior to the actual store opening time.

Q       So when the automatic scheduler generates the schedule for the week, whatever

Page 137

those first shifts are for the week, they are always going to be a half an hour prior to the store's opening time?

A        Yes.

Q        When you refer to two Autozoners required to enter the store upon opening it, are you talking about two hourly employees?

A        A member of management and a non-member of management.

Q        Do you know what the order of tasks are when those two employees unlock the store and enter to start doing the things that they are supposed to do?

A        The order of the initial tasks are right here in this document.  So unlock the door, turn the lights on, turn off the alarm, and bring up any systems.

Q        What are the systems that they bring up?

A        It is really that cash register, just going there and hitting that key.  That brings it up.

Q        Is it an on button?  When you said that key --

A        It kind of goes like this in a sleep

Page 138

# APPENDIX E.2

A.    Yes, ma'am.

Q.    And are those records also kept or stored for seven years?

A.    Those are backed up, as well.  It's all the same.

Q.    How is the time on the monitoring system set?

MR. ISKANDER:  Object as overbroad, vague.  Go ahead, if you understand it.

A.    Prior to August of 2011, the time was maintained in the servers.  That would be part of the update process.  The time was known to drift as far as 10 minutes, which provided our alarm systems an inconsistency in time.  And --

BY MS. SCHIMMEL:

Q.    Sorry?

A.    In August of 2011, I had an upgrade done to the alarm central station servers.  An intern had it connected to a time server which provided the consistency I needed for time for all alarm systems in the United states and Puerto Rico.

Q.    Okay.  So bear with me if my questions kind of drift off the technical correct aspect, and please correct me if I'm referring to

Page 33

# APPENDIX E.3

Q.    So that's how all of the stores are essentially -- all their SMS system are running off of the same clock?

MR. BREWER:  Objection, vague and ambiguous.

A.    I can't speak to every configuration in every store, but that's what the network time protocol is used for, and that's why it's deployed in the system.

BY MS. SCHIMMEL:

Q.    So correct me if this is inaccurate. So an employee who clocks in in a San Francisco store and that SMS system reflects he punches in at 8:00 a.m., at the same time in an L.A. store, and I mean same time in a worldly way.  I'm not talking about on somebody's watch.

A.    I understand.

Q.    He punches in simultaneous, it's going to say 8:00 a.m. because those systems have the same time?

A.    Not necessarily.  There is some room for drift and error there.

Q.    Okay.  Are you aware of how much -- what the range of that drift is?

A.    Between the SMS servers and the time

Page 27

servers in our corporate location, it should be within a few seconds.  At the corporate location, there are multiple time servers which are hidden behind a virtual server name, for lack of a better word, to accommodate for down time and things like that.

So it's possible that an SMS server could connect to Time Server 1, and then the next time it tried to sync it, it could connect to Time Server 2.  So there could be drifts there.  And then there could also be drifts between the last time the SMS server synchronized its time and now.

Q.  But as you said, it could be like a few seconds?

A.  A few seconds at each spot, that's correct.

Q.  So let me refer you to what we're going to mark as Exhibit 2, and it's the same.  This is a two-page stapled document that has AMDL 005929 on the first page.

(WHEREUPON, THE ABOVE-MENTIONED DOCUMENT WAS MARKED AS EXHIBIT 2 TO THE TESTIMONY OF THE WITNESS, AND IS ATTACHED HERETO.)

Page 28

# APPENDIX E.4

# Exceptions: Store Handbook, California

## Overview

| | |
|---|---|
| **Purpose** | The purpose of this document is to provide exceptions to policies in the *Store Handbook* that apply to AutoZoners in the state of California. |
| **Important!** | AutoZone complies with all California laws governing these topics. |
| **Contents** | This document contains the following topics: |

| Topic | See Page |
|---|---|
| Exceptions: Meal and Break Periods, California | 2 |
| Exceptions: Overtime Policy, California | 3 |
| Exceptions: Environmental Protection, California | 4 |
| Exceptions: Pay, California | 5 |
| Exceptions: Leave of Absence and Vacation, California | 6 |

| | |
|---|---|
| **Questions?** | Direct questions about these policy exceptions to the RHRM. |

Store Handbook Exceptions, California, ©2004-2010, AutoZone, Inc., *All rights reserved*

1

AMDL000793

# Exceptions: Meal and Break Periods, California

**Purpose**

The purpose of this information is to provide exceptions to AutoZone's meal and break period policies that apply to nonexempt (hourly) AutoZoners in the state of California.

**Reference**

Other meal and break period policies are covered in the _Handbook_.

**Location:** Policy Center

**Meal period**

AutoZone's meal period policies are listed below.

| An AutoZoner who works... | Is provided ... |
| --- | --- |
| more than 5 hours per day | a meal period of not less than 30 minutes. The meal period must begin no later than 4 hours and 59 minutes into the AutoZoner's shift.<br><br>**Exception:** If the total hours worked is no more than 6 hours, the meal break may be waived by mutual consent of management and the AutoZoner. |
| more than 10 hours per day | 2 meal periods of not less than 30 minutes each.<br><br>**Exception:** If the total hours worked is no more than 12 hours, the second meal period may be waived by mutual consent of management and the AutoZoner but only if the first meal period was not waived. |

If management requires the AutoZoner to remain at the store or facility during the meal period, the meal period **must be paid.**

**Break period**

AutoZone's break period policies are listed below.

| An AutoZoner who works... | Is provided... |
| --- | --- |
| 4 hours per day | 1 break period of not less than 10 consecutive minutes. |
| 8 hours per day | 2 break periods of not less than 10 consecutive minutes. |

- The break period is paid whether or not management requires the AutoZoner to remain at the store or facility during the break period.
- The break should be taken in the middle of the 4-hour work period.

Store Handbook Exceptions, California, ©2004-2010, AutoZone, Inc., _All rights reserved_

AMDL000794

# Exceptions: Overtime Policy, California

| | |
|---|---|
| **Purpose** | The purpose of this information is to provide exceptions to AutoZone's overtime policies that apply to all hourly AutoZoners in the state of California. |
| **Reference** | Other overtime policies are covered in the *Handbook*.<br><br>**Location:** Policy Center |
| **Overtime policies** | AutoZone's overtime policies are listed below.<br><br>• AutoZoners may be required to work overtime. The store manager makes every effort to let AutoZoners know in advance if they are needed for overtime work.<br>• AutoZone does not guarantee overtime.<br>• All overtime<br>  – must be approved by the store or district manager, and<br>  – is subject to state laws. |

**Rate of pay**     The table below lists rate of pay for overtime hours worked.

| AutoZoners receive... | For... |
|---|---|
| one and one-half (1 and 1/2) times the regular rate of pay | all hours worked in excess of 8 hours up to and including 12 hours in any workday. |
| double the regular rate of pay | • all hours worked<br>  – beyond 12 hours in a single workday, and<br>  – in excess of 8 hours on the seventh consecutive day worked in a single work week.<br>• the first 8 hours worked on the seventh consecutive day worked in a single work week. |
| one and one-half (1 and 1/2) times the regular rate of pay | all hours worked in excess of 40 hours in a single work week. |

Store Handbook Exceptions, California, ©2004-2010, AutoZone, Inc., *All rights reserved*

AMDL000795

# Exceptions: Environmental Protection, California

| | |
|---|---|
| **Purpose** | The purpose of this information is to provide exceptions to AutoZone's environmental policies that apply to AutoZoners in the state of California. |

| | |
|---|---|
| **Reference** | California environmental protection policies are covered in the documents and training programs listed below. |

| Document / Training | Location |
|---|---|
| *Store Handbook* | Policy Center |
| *California Environmental Safety* training | DOC/Training/Learning Garage/California Environment |
| *Safety Health and Environmental* | Policy Center |

| | |
|---|---|
| **Training requirement** | AutoZoners employed in California must complete the California Environment training on day 1 of hire and annually thereafter.<br><br>**Location of training:** DOC/Training/ Learning Garage/California Environment |

| | |
|---|---|
| **Proper environmental disposal** | All AutoZoners employed in California must adhere to the environmental disposal policies listed below.<br><br>• When cleaning up oil spills, sweep up the oil absorbent and place it in the absorbent collection drum within 2 minutes.<br>• When pouring used oil into the used oil tank, thoroughly drain until there is no free flowing oil left in the container.<br>• Keep the used oil tank lid closed when not in use.<br>• AutoZoners are **prohibited** from removing or replacing burned out or damaged fluorescent and HID lamps. Burned out or damaged fluorescent and HID lamps may **not** be disposed of in the trash. Contact Maintenance Resolution Center at 901-495-8849 in the event of bulb breakage, disposal or excessive outage.<br><br>**Location of training:** DOC/Training/Learning Garage/ California Environment |

Store Handbook Exceptions, California, ©2004-2010, AutoZone, Inc., *All rights reserved*

AMDL000796

# Exceptions: Pay, California

| | |
|---|---|
| **Purpose** | The purpose of this information is to provide exceptions to AutoZone's pay policies that apply to AutoZoners in the state of California. |
| **Policy: Paycard program** | AutoZoners in the state of California have the option to enroll in electronic pay methods.<br><br>**Note:** This is not required but is offered as a convenience for AutoZoners. |
| **Enrolling in the paycard program** | AutoZoners in the state of California call **1 800-262-1682** to enroll in the paycard program. |
| **Reference** | Other pay policies are covered in the _Handbook_.<br><br>**Location:** Policy Center |
| **Suspension and termination pay** | Pay policies related to suspension and termination are listed below. |

| When AutoZoners... | Then they... |
|---|---|
| are placed on suspension pending the outcome of an investigation | are paid for the hours scheduled or would have been scheduled to work during the leave period. |
| resign their position with AutoZone with a minimum of 72 hours notice | are given their final paycheck on the effective date of the resignation.<br><br>**Note:** This includes payment for any unused vacation leave. |
| resign their position with less than 72 hours notice | receive their final paycheck within 72 hours following their final work day.<br><br>**Note:** This includes payment for any unused vacation leave. |
| are involuntary terminated from AutoZone | receive their final paycheck on the day of the termination.<br><br>**Note:** This includes payment for any unused vacation leave. |

Store Handbook Exceptions, California, ©2004-2010, AutoZone, Inc., _All rights reserved_

AMDL000797

# Exceptions: Leave of Absence and Vacation, California

| | |
|---|---|
| **Purpose** | The purpose of this information is to provide exceptions to AutoZone's leave of absence and vacation policies that apply to AutoZoners in the state of California. |

| | |
|---|---|
| **Reference** | Other leave of absence and vacation policies are covered in the _Handbook._<br><br>**Location:** Policy Center |

| | |
|---|---|
| **Emergency volunteers** | AutoZoners are provided an aggregate of 14 days of unpaid leave per calendar year for volunteer firefighter or law enforcement training. |

| | |
|---|---|
| **Leave of absence: Eligibility and length** | **Eligibility**<br>Full-time AutoZoners who have been employed for 1 month are eligible for a leave of absence.<br>**Exception:** Full-time and part-time AutoZoners are eligible to apply for a leave of absence related to pregnancy regardless of their length of employment or status.<br><br>**California state laws covering leaves of absence**<br>• California Family Rights Act (CFRA)<br>• California Fair Employment and Housing Act (CA-FEHA)<br>• Time off for Crime Victims Act<br>• State Disability Insurance<br>• California Paid Family Leave Law (CA – Unemployment Insurance)<br>• Pregnancy Disability Leave (CA – Fair Employment and Housing Act)<br>• Other time off under California law, such as<br> – school visitation<br> – Domestic Violence/ Sexual Assault<br> – Rehabilitation<br> – Literacy Assistance<br> – Jury Duty and Witness<br> – Voting<br> – Election Officials Leave<br> – Emergency Duty Personnel<br> – Civil Air Patrol, and<br> – Leave to attend to family (Kin Care)<br>  **Note:** AutoZone does not provide **sick leave** for kin care. Employees must use vacation time. |

_Continued on next page_

Store Handbook Exceptions, California, ©2004-2010, AutoZone, Inc., _All rights reserved_

6

AMDL000798

# Exceptions: Leave of Absence and Vacation, California,
Continued

| | |
|---|---|
| **Pregnancy Disability Leave (CA-PDL)** | An employee is eligible for CA-PDL if disabled by pregnancy, childbirth or related medical conditions. In addition, an employee<br><br>• is eligible to transfer to a less strenuous or hazardous position or duties, if medically advised and can be reasonably accommodated<br>• may take intermittent leave, or work a reduced leave schedule, if medically advised, and<br>• is eligible for pregnancy leave if full-time and part-time employed.<br>Note: Leave is unpaid, though employee may use vacation.<br><br>**Duration of leave:** PDL is up to 4 months (or 88 workdays). Leave is concurrent with FMLA, if employee is eligible.<br><br>Direct questions to Human Resources. |
| **Paid Family Leave (CA-PFL)** | California paid family leave provides<br><br>• up to 6 weeks of approximately 55% of lost wages in a 12-month period<br>• some compensation through the state's disability insurance program (SDI) for employees who qualify for parental bonding with a newborn, care for a newborn, the care of a parent, child, spouse, or domestic partner who is seriously ill<br><br>Note: Paid family leave does not provide job protection and, whenever possible by law, runs concurrently with leaves of absences. |
| **Vacation: Accumulation cap** | Accumulated vacation leave hours are capped at 240 hours.<br><br>An AutoZoner who accumulates 240 vacation leave hours is not permitted to accumulate additional vacation hours until the earned vacation hours fall below 240 hours. |

Store Handbook Exceptions, California, ©2004-2010, AutoZone, Inc., *All rights reserved*    7

AMDL000799

# APPENDIX E.5

reason codes for payroll adjustments from sms system

reason-code    description

01        failed to clock-in
02        failed to clock-out
03        add/chg vacation hours
04        add/chg holiday hours
05        add/chg funeral hours
06        add/chg sick hours
07        add/chg job injury hours
08        add/chg jury duty hours
09        add/chg inventory hours
10        add/chg seasonal set-up
11        red shirt review
12        sms system down
13        sms system down
15        break adjustment
19        adjust store closing hours
20        adjust store opening hours

AMDL008614

# APPENDIX G.1

**Percentage of employees working given lengths of shifts**

| | # of employees with a shift this length | # of employees without a shift this length | Percent of employees with a shift this length |
|---|---|---|---|
| Zero or less* | 11,223 | 6,022 | 65.1% |
| Less than 3.5 hours | 14,745 | 2,500 | 85.5% |
| 3.5 hours or more, less than 4 hours | 11,818 | 5,427 | 68.5% |
| 4 to 6 hours | 16,421 | 824 | 95.2% |
| more than 6, less than 7 hours | 15,944 | 1,301 | 92.5% |
| at least 7, less than 8 hours | 16,324 | 921 | 94.7% |
| 8 or more hours | 16,548 | 697 | 96.0% |

Total employees:         17,245

\* Identifies days with transactions without actual work time (e.g. vacation time, sick time, or other adjustments)

# APPENDIX G.2

Redacted

# APPENDIX G.3

**First Time Transaction**

| Time transaction compared to alarm transaction | Number of Transactions | Percentage of Transactions |
|---|---|---|
| more than 7 minutes before | 400 | 0.0% |
| more than 5, less than 7 minutes before | 564 | 0.1% |
| more than 2, less than 5 minutes before | 2,804 | 0.3% |
| 2 or less minutes before time transaction | 35,999 | 4.4% |
| less than 2 minutes after | 627,435 | 76.6% |
| at least 2, up to 5 minutes after | 93,213 | 11.4% |
| at least 5, up to 10 minutes after | 31,125 | 3.8% |
| at least 10, up to 15 minutes after | 10,943 | 1.3% |
| at least 15, up to 30 minutes after | 11,251 | 1.4% |
| at least 30 minutes after | 5,394 | 0.7% |

| | | |
|---|---|---|
| Number of Time transactions before alarm | 39,767 | 4.9% |
| Number of Time transactions after alarm | 779,361 | 95.1% |
| | | |
| more than 10 minutes before | - | 0.0% |
| more than 10 minutes after | 27,588 | 3.4% |
| | | |
| more than 5 minutes before | 964 | 0.1% |
| more than 5 minutes after | 58,713 | 7.2% |
| additional "after" transactions | 57,749 | 7.1% |
| | | |
| Total transactions | 819,128 | 100.0% |

Average of all differences

**Second Time transaction**

| Additional time until second clock-in | Number of Transactions | Percentage of Transactions |
|---|---|---|
| zero minutes | 275,788 | 33.7% |
| one minute | 142,611 | 17.4% |
| two minutes | 39,067 | 4.8% |
| 3 - 5 minutes | 67,450 | 8.2% |
| 6 - 10 minutes | 70,888 | 8.7% |
| 11 - 15 minutes | 48,514 | 5.9% |
| 16 - 30 minutes | 81,262 | 9.9% |
| 31 - 45 minutes | 37,024 | 4.5% |
| 46 - 60 minutes | 19,172 | 2.3% |
| 61 - 120 minutes | 24,552 | 3.0% |
| over 120 minutes | 12,800 | 1.6% |

Total transactions                            819,128

Average of all differences                    12.74 minutes
Average of differences 2 hrs and under         9.74 minutes
Average of differences 1 hour and under        7.45 minutes

# APPENDIX G.4

**Unadjusted Differences between Alarm and Time Clock**
**Mean and Median by Year (in seconds)**

| Year | Mean Difference | Median Difference |
|------|-----------------|-------------------|
| 2002* | 118.2 | 20 |
| 2003 | 120.3 | 98 |
| 2004 | 141.5 | 89 |
| 2005 | 203.4 | 102 |
| 2006 | 66.9 | 45 |
| 2007 | -66.7 | -115 |
| 2008 | -170.8 | -221 |
| 2009* | -135.1 | -186 |

*partial year

**Adjusted Differences between Alarm and Time Clock**
**Mean and Median by Year (in seconds)**

| Year | Mean Difference | Median Difference |
|------|-----------------|-------------------|
| 2002* | 188.6 | 98 |
| 2003 | 140.4 | 70 |
| 2004 | 127.0 | 58 |
| 2005 | 115.0 | 56 |
| 2006 | 116.9 | 58 |
| 2007 | 109.3 | 54 |
| 2008 | 109.0 | 56 |
| 2009* | 113.3 | 60 |

*partial year

**Differences between First and Second Time Clock Punches**
**Mean and Median by Year (in seconds)**

| Year | Mean Difference | Median Difference |
|------|-----------------|-------------------|
| 2002* | 686.3 | 60 |
| 2003 | 663.7 | 60 |
| 2004 | 683.8 | 60 |
| 2005 | 719.4 | 60 |
| 2006 | 835.0 | 120 |
| 2007 | 877.0 | 120 |
| 2008 | 830.1 | 180 |
| 2009* | 682.5 | 120 |

*partial year

# APPENDIX G.5

Redacted

# APPENDIX G.6

| Year | Number of Store-Days | Total Estimated Off-the-Clock Time (in Seconds) | | Total Estimated Off-the-Clock Time (in Hours) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 1st Clock In | Additional 2nd Clock In | First Clock-In | Additional 2nd Clock In | Total Hours |
| 2002 | 7209 | 1359663 | 4947240 | 378 | 1,374 | 1,752 |
| 2003 | 101592 | 14265242 | 67426380 | 3,963 | 18,730 | 22,692 |
| 2004 | 115825 | 14708023 | 79202880 | 4,086 | 22,001 | 26,086 |
| 2005 | 109993 | 12659794 | 79109040 | 3,517 | 21,975 | 25,491 |
| 2006 | 122332 | 14292748 | 102097080 | 3,970 | 28,360 | 32,331 |
| 2007 | 130375 | 14245396 | 114343620 | 3,957 | 31,762 | 35,719 |
| 2008 | 141408 | 15413579 | 117387360 | 4,282 | 32,608 | 36,889 |
| 2009 | 90394 | 10244793 | 61690440 | 2,846 | 17,136 | 19,982 |

# APPENDIX G.7

Redacted

# APPENDIX G.8

Redacted

# APPENDIX H.1



**FileName**

134703-Azeem Sikandarf-1-PDFTran.PDF

149238A.PDF

149238B.PDF

alarm 2002-2009.zip

AMDL000793.pdf

Appendicies 2012-09-21.xlsx

Appendicies A-C.pdf

Appendicies D-E.pdf

Appendicies G-H.pdf

Appendix F.pdf

assembleemployees.py

autodirectoryq.xls

AutoZone report.pdf

comparison database 2002-2009.zip

drift analysis 2012-08-21.xlsx

employee-storesummaryAZ2012-08.xlsx

employeecount01.py

mealbreakcount.py

offtheclock01.py

output alpha store sort (3).zip

output alpha unsort (2).zip

output by month (1).zip

output name sort (4).zip

output-monthly6hrs-1st.xlsx

shiftcount01.py

Signed Declaration - G. Michael Phillips.pdf

sms2001.zip

sms2002-2003 for offtheclock.zip

sms2002.zip

sms2003.zip

sms2004 for offtheclock.zip

sms2004.zip

sms2005 for offtheclock.zip

sms2005.zip

sms2006 for offtheclock.zip

sms2006.zip

sms2007 for offtheclock.zip

sms2007.zip

sms2008 for offtheclock.zip

sms2008.zip

sms2009 for offtheclock.zip

sms2009.zip