| | |
|---|---|
| MICHAEL E. BREWER, Bar No. 177912<br>mbrewer@littler.com<br>ANNE-MARIE WAGGONER, Bar No. 173407<br>awaggoner@littler.com<br>GREGORY G. ISKANDER, Bar No. 200215<br>giskander@littler.com<br>LITTLER MENDELSON, P.C.<br>1255 Treat Boulevard, Suite 600<br>Walnut Creek, California 94597<br>Telephone: 925.932.2468<br><br>JEREMY A. ROTH, Bar No. 129007<br>jroth@littler.com<br>DAVID J. DOW, Bar No. 179407<br>ddow@littler.com<br>JERRILYN T. MALANA, Bar No. 195260<br>jmalana@littler.com<br>LITTLER MENDELSON, P.C.<br>501 W. Broadway, Suite 900<br>San Diego, California 92101.3577<br>Telephone: 619.232.0441<br><br>Attorneys for Defendant, AUTOZONE, INC.<br>*(Jimmy Ellison, Doland, and Escalante Matters, Only)*<br><br>**[List of Counsel Continued on Next Page]** | MICHAEL A. HOFFMAN, Bar No. 162496<br>mhoffman@arenahoffman.com<br>ARENA HOFFMAN, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Telephone: 415.433-1414<br><br>*Attorney for Defendant,* AUTOZONE, INC.<br>*(Jimmy Ellison and Lynnetta Ellison actions, only)*<br><br><br>MIRIAM SCHIMMEL, Bar No. 185089<br>MSchimmel@InitiativeLegal.com<br>KATHERINE DEN BLEYKER Bar No 257187<br>KDenBleyker@InitiativeLegal.com<br>INITIATIVE LEGAL GROUP APC<br>1800 Century Park East, 2nd Floor<br>Los Angeles, California 90067<br>Telephone: 310.556-5637<br>Facsimile: 310.861-9051<br><br>*Lead Plaintiffs' Counsel for Purposes of Discovery* and *Attorneys for Plaintiff* JIMMY ELLISON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION, | Case No. 3:10-md-02159-CRB<br><br>JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' PENDING MOTIONS FOR CLASS CERTIFICATION<br><br>Hearing Date: December 7, 2012<br>Time: 10:00 a.m.<br>Courtroom 6<br>The Honorable Charles R. Breyer<br>Trial Date: None |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:10-MD-02159-CRB) 1. JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' PENDING MOTIONS FOR CLASS CERTIFICATION AND [PROPOSED] ORDER

| | |
|---|---|
| RICHARD E. QUINTILONE II, Bar No. 200995<br>QUINTILONE & ASSOCIATES<br>22974 El Toro Road, Suite 100<br>Lake Forest, CA  92630<br>Telephone:     949.458.9675<br>req@quintlaw.com<br><br>*Attorneys for Plaintiff, WILLIAM DOLAND* | KEVIN T. BARNES, Bar No. 138477<br>Barnes@kbarnes.com<br>GREGG LANDER, BAR NO. 194018<br>Lander@kbarnes.com<br>LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Blvd., Suite 1460<br>Los Angeles, CA  90036-5664<br>Telephone:     310.549.9100<br><br>Attorneys for Plaintiff, HAYDEE  ESCALANTE |
| Scott B. Cooper, Bar No. 174520<br>scott@cooper-firm.com<br>The Cooper Law Firm, P.C.<br>2030 Main Street, Suite 1300<br>Irvine, CA  92614<br>Telephone:  (949) 724-9200<br><br>*Attorneys for Plaintiff William Doland* | ROGER RICHARD CARTER, Bar No. 140196<br>rcarter@carterlawfirm.net<br>THE CARTER LAW FIRM<br>2030 Main Street, Suite 1300<br>Irvine, CA  92614<br>Telephone: 949.260-4737<br><br>*Attorneys for Plaintiff WILLIAM DOLAND* |
| MORRIS NAZARIAN, Bar No. 230275<br>LAW OFFICES OF MORRIS NAZARIAN<br>1875 Century Park East, Suite 1345<br>Los Angeles, CA 90067<br>Telephone:  310.284.7333<br><br>*Attorneys for Plaintiff LYNNETTA ELLISON* | JOSEPH ANTONELLI**,** Bar No. 137039<br>jantonelli@antonellilaw.com<br>JANELLE CHRISTINE CARNEY, Bar No. 201570<br>jcarney@antonellilaw.com<br>LAW OFFICES OF JOSEPH ANTONELLI<br>14758 Pipeline Avenue, Suite E<br>Chino Hills, CA   91709<br>Telephone: (909) 393-0223<br><br>*Attorneys for Plaintiff HAYDEE ESCALANTE* |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. 3:10-MD-02159-CRB)    2.    JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' PENDING MOTIONS FOR CLASS CERTIFICATION AND [PROPOSED] ORDER

1  **STIPULATION**

2  Plaintiffs Jimmy Ellison, William Doland, and Lynnetta Ellison ("the Ellison/Doland
3  Plaintiffs"), Plaintiff Haydee Escalante ("Plaintiff Escalante"), and Defendant AutoZone, Inc.
4  ("Defendant"), through their respective counsel, hereby stipulate as follows.

5  WHEREAS the Ellison/Doland Plaintiffs filed with the Court and served on counsel
6  for the other parties their joint motion for class certification on September 27, 2012;

7  WHEREAS Plaintiff Escalante filed with the Court and served on counsel for the
8  other parties her motion for class certification on September 27, 2012;

9  WHEREAS on October 3, 2012, the Court issued an order *sua sponte* continuing the
10  hearing on both motions for class certification from November 30, 2012, to December 7, 2012, at
11  10:00 a.m.;

12  WHEREAS on October 10, 2012, the Ellison/Doland Plaintiffs lodged with the Court
13  and served by overnight mail on Defendant's counsel an exhibit omitted from the report of the
14  Ellison/Doland Plaintiffs' retained expert, Michael Phillips, Ph.D., which exhibit consists of an
15  optical disc of 41 files containing data relied upon by Dr. Phillips in the course of performing his
16  work and rendering his opinions;

17  WHEREAS on October 11, 2012, counsel for Defendant received this omitted exhibit
18  and additional time is required to review and analyze it to prepare Defendant's papers in opposition
19  to the Ellison/Doland Plaintiffs' motion for class certification;

20  WHEREAS counsel for Plaintiff Escalante and counsel for Defendant are currently in
21  the process of meeting and conferring regarding information filed with the report of Sean Berger,
22  Plaintiff Escalante's retained expert, in support of her motion for class certification, and a request by
23  Defendant for production of additional information concerning said report; and

24  WHEREAS Defendant will require additional time to review and analyze any
25  additional information provided by Plaintiff Escalante as a result of the aforementioned meet and
26  confer efforts and to prepare its opposition papers to Plaintiff Escalante's motion for class
27  certification;

28  IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:10-MD-02159-CRB) 3. JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' PENDING MOTIONS FOR CLASS CERTIFICATION AND [PROPOSED] ORDER

1. That the deadline for Defendant to file and serve its papers in opposition to the Ellison/Doland Plaintiffs' and Plaintiff Escalante's respective motions for class certification be extended from October 25, 2012, to November 2, 2012; and

2. That the deadline for the Ellison/Doland Plaintiffs and Plaintiff Escalante to file and serve their reply papers in support of their respective motions for class certification be extended from November 15, 2012, to November 21, 2012.

IT IS SO STIPULATED.

Date: October 15, 2012          /s/Anne-Marie Waggoner
                                ANNE-MARIE WAGGONER
                                Littler Mendelson, P.C.
                                Attorneys for Defendant, AUTOZONE, INC.

Date: October 12, 2012          /s/ Michael Hoffman
                                MICHAEL HOFFMAN
                                Arena Hoffman LLP
                                Attorneys for Defendant, AUTOZONE, INC.

Date: October 12, 2012          /s/ Katherine Den Bleyker
                                KATHERINE DEN BLEYKER
                                Initiative Legal Group, LLP
                                Attorneys for Plaintiff, JIMMY ELLISON

Date: October 12, 2012          /s/ Jesse Bablove
                                JESSE BABLOVE
                                Attorneys for Plaintiff, WILLIAM DOLAND

Date: October 12, 2012          /s/ Gregg Lander
                                GREGG LANDER
                                Law Offices of Kevin T. Barnes
                                Attorneys for Plaintiff HAYDEE ESCALANTE

Date: October 15, 2012          /s/ Morris Nazarian
                                MORRIS NAZARIAN
                                Law Offices of Morris Nazarian
                                Attorneys for Plaintiff
                                LYNNETTA ELLISON

(CASE NO. 3:10-MD-02159-CRB)    4.    JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' PENDING MOTIONS FOR CLASS CERTIFICATION AND [PROPOSED] ORDER

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

**ORDER**

Pursuant to the foregoing stipulation of counsel for the parties, it is hereby ordered as follows:

1. The deadline for Defendant AutoZone, Inc. to file and serve its papers in opposition to the Ellison/Doland Plaintiffs' and Plaintiff Escalante's respective motions for class certification is extended from October 25, 2012, to November 2, 2012;

2. The deadline for the Ellison/Doland Plaintiffs and Plaintiff Escalante to file their reply papers in support of their respective motions for class certification is extended from November 15, 2012, to November 21, 2012.

IT IS SO ORDERED.

Dated: October 16, 2012

Firmwide:115143568.1 013306.2161



HONORABLE CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT COURT

(CASE NO. 3:10-MD-02159-CRB)        5.        JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' PENDING MOTIONS FOR CLASS CERTIFICATION AND [PROPOSED] ORDER

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468