IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: AutoZone, Inc., Wage and Hour Employment Practices Litigation _____/ | No.: 3:10-md-02159-CRB<br>Hon. Charles R. Breyer<br><br>**ORDER RE: OBJECTIONS TO DEFENDANT'S EVIDENCE** |

The Court is in receipt of Plaintiffs Jimmy Ellison, William Doland and Lynetta Ellison's Objections to Defendant's Evidence. See dkt. 163. That filing is 408 pages long and contains 417 distinct, though often repetitive, objections. It also appears to violate Civil Local Rule 7-3(c) ("Any evidentiary or procedural objections to the opposition must be contained within the reply brief or memorandum"), which the Court assumes is intended to keep parties' filings to a reasonable length.

Accordingly, the Court ORDERS Plaintiffs to either (1) direct the Court to any authority it is aware of that permits it to file 408 pages of objections to Defendant's evidence, or (2) file a revised document of no more than ten (10) pages containing its objections to Defendant's evidence, by 5

//

//

p.m. on Friday, November 30, 2012.

**IT IS SO ORDERED.**

Dated: November 27, 2012

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE