United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: Autozone, Inc., Wage and Hour

Employment Practices Litigation

No.: 3:10-md-02159-CRB
Hon. Charles R. Breyer

**ORDER FOR BRIEFING ON
DEFENDANT'S MOTION FOR
RECONSIDERATION**

_____/

     The Court is in receipt of Defendant Autozone, Inc.'s Motion for Reconsideration of

the Order Granting Certification of the Rest Break Subclass.  See (dkt. 181).  Plaintiff shall

file any response to Defendant's motion no later than June 3, 2013.  Defendant shall file any

reply no later than June 10, 2013.

     **IT IS SO ORDERED.**

Dated: May 24, 2013

                          _____
                          HON. CHARLES R. BREYER
                          UNITED STATES DISTRICT
                          JUDGE