1  MATTHEW T. THERIAULT (SBN 244037)
   Matthew.Theriault@capstonelawyers.com
2  ROBERT DREXLER (SBN 119119)
   Robert.Drexler@capstonelawyers.com
3  KATHERINE KEHR (SBN 226559)
   Katherine.Kehr@capstonelawyers.com
4  JONATHAN LEE (SBN 267146)
   jonathan.lee@capstonelawyers.com
5  CAPSTONE LAW APC
   1840 CENTURY PARK EAST, SUITE 450
6  LOS ANGELES, CALIFORNIA 90067
   TELEPHONE: (310) 556-4811
7  FACSIMILE:  (310) 943-0396

8  *Attorneys for Plaintiff* JIMMY ELLISON

9  Mónica Balderrama (SBN 196424)
   mbalderrama@initiativelegal.com
10 Initiative Legal Group APC
   1801 Century Park East, Suite 2500
11 Los Angeles, CA 90067
   Telephone:     310.556.5637
12 Facsimile:     310.861.9051

13 Attorneys for Plaintiff Jimmy Ellison

14 [*List of Counsel Continued on Next Page*]

15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                SAN FRANCISCO DIVISION

| In re:  AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION, | Case No.  3:10-md-02159-CRB |
|---|---|
| | JOINT STIPULATED REQUEST FOR ORDER CHANGING BRIEFING SCHEDULE RE: PLAINTIFF JIMMY ELLISON'S MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT |
| | [Civil Local Rules 6-2 and 7-12] |
| | Hearing Date:  June 26, 2015 Time:  10:00 a.m. Courtroom 6 The Honorable  Charles R. Breyer Trial Date:  None |

STIPULATED REQUEST FOR ORDER CHANGING
BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR
LEAVE TO AMEND AND [PROPOSED] ORDER

1   MICHAEL E. BREWER, Bar No. 177912
    mbrewer@littler.com
2   ANNE-MARIE WAGGONER, Bar No. 173407
    awaggoner@littler.com
3   GREGORY G. ISKANDER, Bar No. 200215
    giskander@littler.com
4   JOHANNA CARNEY, Bar No. 277946
    jcarney@littler.com
5   LITTLER MENDELSON, P.C.
    1255 Treat Boulevard, Suite 600
6   Walnut Creek, California  94597
    Telephone:      925.932.2468
7
    JEREMY A. ROTH, Bar No. 129007
8   jroth@littler.com
    DAVID J. DOW, Bar No. 179407
9   ddow@littler.com
    JERRILYN T. MALANA, Bar No. 195260
10  jmalana@littler.com
    LITTLER MENDELSON, P.C.
11  501 W. Broadway, Suite 900
    San Diego, California  92101.3577
12  Telephone:      619.232.0441

13  Attorneys for Defendant, AUTOZONE, INC.
    *(Jimmy Ellison, Doland, and Escalante Matters,*
14  *Only)*

MICHAEL A. HOFFMAN, Bar No. 162496
mhoffman@arenahoffman.com
ARENA HOFFMAN, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      415.433-1414

*Attorney for Defendant,* AUTOZONE, INC.
*(Jimmy Ellison and Lynnetta Ellison actions,*
*only)*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING
BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR
LEAVE TO AMEND AND [PROPOSED] ORDER

1    **<u>STIPULATION</u>**

2         Plaintiff Jimmy Ellison ("Plaintiff"), and Defendant AutoZone, Inc. ("Defendant"),

3    through their respective counsel, hereby stipulate as follows.

4         WHEREAS Plaintiff intends to file a Motion for Leave to Amend Second Amended

5    Complaint on May 1, 2015;

6         WHEREAS the Parties have met and conferred to schedule the hearing on this motion

7    for a mutually agreeable date of June 26, 2015, and have cleared this date with the Court;

8         WHEREAS the Parties agree that additional time than that afforded by Local Rule 7-

9    3 is needed by both sides to file their opposition and reply papers;

10        WHEREAS no prior amendments to this briefing schedule have been requested;

11        IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS.

12        1.    That the deadline for Defendant to file and serve its papers in opposition to

13   Plaintiff's Motion for Leave to Amend Second Amended Complaint  shall be May 29, 2015;

14        2.    That the deadline for the Plaintiff to file and serve his reply papers in support

15   of his Motion for Leave to Amend Second Amended Complaint shall be June 17, 2015.

16        IT IS SO STIPULATED.

17
     Date: May 1, 2015                      _/s/Johanna Carney_____
18                                          JOHANNA CARNEY
19                                          Littler Mendelson, P.C.
                                            Attorneys for Defendant, AUTOZONE, INC.
20
     Date: _____, 2015                _____
21                                          STAN KARAS
22                                          Capstone Law APC
                                            Attorneys for Plaintiff, JIMMY ELLISON
23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER CHANGING
BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR
LEAVE TO AMEND AND [PROPOSED] ORDER

## <u>ORDER</u>

PURSUANT TO STIPULATION, it is ordered as follows:

1.  The deadline for Defendant to file and serve its papers in opposition to Plaintiff's Motion for Leave to Amend Second Amended Complaint  shall be May 29, 2015;

2.  The deadline for the Plaintiff to file and serve his reply papers in support of his Motion for Leave to Amend Second Amended Complaint shall be June 17, 2015.

IT IS SO ORDERED.

Dated: May 8,  2015

_____
HONORABLE CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT
COURT JUDGE