# ORDER

Good cause appearing therefore, and pursuant to the parties' stipulation, **IT IS ORDERED THAT** the dates for the trial and pre-trial deadlines shall be as follows:

| | |
|---|---|
| Expert disclosure deadline | February 8, 2016 |
| Non-expert discovery deadline | February 29, 2016 |
| Non-dispositive motion filing deadline | March 7, 2016 |
| Supplemental expert disclosure deadline | March 21, 2016 |
| Expert Discovery deadline | April 22, 2016 |
| Dispositive motion filing deadline | May 20, 2016 |
| Joint pre-trial statement deadline | July 11, 2016 |
| Deadline for motions in limine | August 8, 2016 |
| Deadline for oppositions to motions in limine | August 22, 2016 |
| Deadline for replies re motions in limine | August 29, 2016 |
| Pre-Trial Conference and hearing on motions in limine | September 19, 2016 |
| Trial | October 17, 2016 |

**IT IS SO ORDERED.**

Date: October 13, 2015

_____
Hon. Charles R. Breyer