Matthew T. Theriault (SBN 244037)
Matthew.Theriault@capstonelawyers.com
Andrew J. Sokolowski (SBN 226685)
Andrew.Sokolowski@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Lead Counsel and Attorneys for
Plaintiff Jimmy Ellison and the Class

MICHAEL E. BREWER, Bar No. 177912
mbrewer@littler.com
GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
JEFFREY J. MANN, Bar No. 253440
jmann@littler.com
LITTLER MENDELSON, P.C.
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468

Attorneys for Defendant AUTOZONE, INC.

[Additional counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | Case No.: 3:10-md-02159-CRB<br><br>Hon. Charles R. Breyer<br><br>CLASS ACTION COMPLAINT<br><br>**STIPULATION EXTENDING PLAINTIFFS' OPPOSITION AND HEARING DATE ON DEFENDANT'S MOTION TO DECERTIFY; ORDER** |

1  ALISON J. CUBRE, Bar No. 257834
   acubre@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, CA   94104
   Telephone: 415.433.1940
4  Facsimile:  415.399.8490

5  Attorneys for Defendant
   AUTOZONE, INC. (Ellison, Doland, and Escalante Matters)
6
7  MICHAEL A. HOFFMAN, Bar No. 162496
   mhoffman@arenahoffman.com
8  ARENA HOFFMAN, LLP
   44 Montgomery Street, Suite 1200
9  San Francisco, CA 94104
   Telephone: 415.433-1414
10 Attorney for Defendant
   AUTOZONE, INC. (*Jimmy Ellison matter only*)

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION

1. Defendant AutoZone, Inc. filed a Motion to Decertify on May 13, 2016 (ECF No. 264);

2. Pursuant to Local Rule 7-3, Plaintiffs' Opposition is due on May 27, 2016, however, the deposition of Ali Saad, Defendant's rebuttal witness, is not set until May 27, 2016, and it is Plaintiffs' position that the deposition of Dr. Saad is necessary to properly oppose Defendant's Motion to Decertify;

3. Plaintiffs and Defendant have agreed to therefore modify the briefing and hearing schedule on Defendant's Motion to Decertify:

    a. Plaintiffs will file and serve their Opposition by June 10, 2016;

    b. Defendant will file and serve its reply brief by June 20, 2016; and

    c. The hearing date on Defendant's Motion, currently on calendar for June 17, 2016, at 10:00 a.m., be reset to July 8, 2016, at 10:00 a.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated: May 19, 2016                  Capstone Law APC

By: */s/ Andrew J. Sokolowski*
Andrew J. Sokolowski
Lead Counsel for the Class

Dated: May 19, 2016                  LITTLER MENDELSON, P.C.

By: */s/ Gregory G. Iskander*
Michael E. Brewer
Gregory G. Iskander
Jeffrey J. Mann
Attorneys for Defendant AUTOZONE, INC.

## Attestation Under N.D. Cal. Local Rule 5-1

I attest, under N.D. Cal. Local Rule 5-1(i)(3), that I have obtained Gregory G. Iskander's concurrence in the filing of this document.

                                                */s/ Andrew J. Sokolowski*
                                                Andrew J. Sokolowski

**ORDER**

Pursuant the Parties' stipulation, and good cause appearing, IT IS ORDERED THAT the briefing schedule and hearing date on Defendant's Motion to Decertify (ECF No. 264) is modified as follows:

   a. Plaintiffs shall file and serve their Opposition by June 10, 2016;

   b. Defendant shall file and serve its reply brief by June 20, 2016; and

   c. The hearing date on Defendant's Motion, currently on calendar for June 17, 2016, at 10:00 a.m., is hereby vacated and reset to July 8, 2016, at 10:00 a.m.

**IT IS SO ORDERED.**

Date: May 23, 2016

_____
Hon. Charles R. Breyer

**STIPULATION; RE LIMITED EXTENSION OF EXPERT DISCOVERY DEADLINE; [PROPOSED] ORDER**