1  Matthew T. Theriault (SBN 244037)
   Matthew.Theriault@capstonelawyers.com
2  Andrew J. Sokolowski (SBN 226685)
   Andrew.Sokolowski@capstonelawyers.com
3  Capstone Law APC
   1840 Century Park East, Suite 450
4  Los Angeles, California 90067
   Telephone:    (310) 556-4811
5  Facsimile:    (310) 943-0396

6  Lead Counsel and Attorneys for Plaintiff Jimmy Ellison and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION. | Case No.: 3:10-md-02159-CRB<br><br>Hon. Charles R. Breyer<br><br>CLASS ACTION COMPLAINT & ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 *ET SEQ*.<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE OPPOSITION AND HEARING DATE ON DEFENDANT'S MOTION TO DECERTIFY**<br><br>[Ex Parte Application; no hearing set]<br><br>Trial Date: October 17, 2016 |

**ORDER**

Plaintiffs' Ex Parte Application to Extend Deadline to File Opposition and Hearing on Defendant's Motion to Decertify. The Court having considered the papers on this Application, and GOOD CAUSE appearing hereby GRANTS Plaintiffs' Ex Parte Application, **IT IS ORDERED THAT:**

Plaintiffs' Opposition to Defendant's Motion to Decertify, currently due to be filed on Friday, June 10, 2016, should instead be filed two weeks after the deposition of Defendant's designated corporate representative as ordered by Magistrate Judge Corley (ECF No. 292).

Defendant's Reply to Plaintiffs' Opposition, currently due to be filed on June 20, 2016, should instead be filed ten days after Plaintiffs' Opposition is filed; and

The hearing date for Defendant's Motion, currently set for July 8, at 10:00 a.m., should be continued to August 5, 2016, at 10:00 a.m..

**IT IS SO ORDERED.**

Date:  June 8, 2016

_____

Hon. Charles R. Breyer