Michael Hoffman, Bar No. 162496
Amy C. Hirsh, Bar No. 246533
Kathryn M. Weeks, Bar No. 255945
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104-4828
Telephone:  415.433.1414
Facsimile:   415.520.0446
Email: mhoffman@arenahoffman.com

Attorneys for Defendant AUTOZONERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: AUTOZONE, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | Case No. 3:10-md-02159-CRB<br><br>[Case No. 3:16-cv-03070-CRB]<br><br>**DECLARATION OF MICHAEL HOFFMAN IN OPPOSITION TO MOTION TO REMAND**<br><br>Date:     August 5, 2016<br>Time:    10:00 A.M.<br>Ctrm.:    6<br><br>Hon. Charles R. Breyer |

I, Michael Hoffman, declare and state as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and this Honorable Court. I am a partner with Arena Hoffman LLP, counsel for Defendant AUTOZONERS LLC.

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

HOFFMAN DECLARATION         1.         CASE NO. 3:10-md-02159-CRB

2. I make this declaration in opposition to Plaintiff's Motion to Remand. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit 3 is a true and correct copy of a record that I retrieved from the California Legislature's website regarding the Senate Committee on Labor and Industrial Relations' Report on Senate Bill 989 (2010), posted at:

ftp://leginfo.ca.gov/pub/09-10/bill/sen/sb_0951-1000/sb_989_cfa_20100427_163934_sen_comm.html.

4. Attached hereto as Exhibit 4 is a true and correct copy of a record that I retrieved from the California Legislature's website regarding the Senate Judiciary Committee's Report on Senate Bill 989 (2010), posted at:

http://www.leginfo.ca.gov/pub/09-10/bill/sen/sb_0951-1000/sb_989_cfa_20100628_130423_sen_comm.html

5. Attached hereto as Exhibit 5 is a true and correct copy of a record that I retrieved from the California Legislature's website regarding the complete bill history of Senate Bill 989 (2010), posted at:

http://www.leginfo.ca.gov/pub/09-10/bill/sen/sb_0951-1000/sb_989_bill_20100802_history.html

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 14th day of July 2016, at San Francisco California.

/s/ Michael Hoffman
MICHAEL HOFFMAN

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

HOFFMAN DECLARATION          2.          CASE NO. 3:10-md-02159-CRB