IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: AutoZone, Inc., Wage and Hour Employment Practices Litigation | No.: 3:10-md-02159-CRB<br>Hon. Charles R. Breyer<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION AND VACATING HEARINGS** |

    The Court hereby GRANTS Plaintiffs' Motion for Leave to File a Motion for Reconsideration (dkt. 330). Plaintiffs shall file a Motion for Reconsideration of the Court's August 10, 2016 Order (dkt. 326) by September 9, 2016. Defendant shall file its opposition brief by September 23, 2016. Plaintiffs may file a reply brief, if they wish to do so, by September 30, 2016. The motion hearing currently set for October 14, 2016 is hereby VACATED. The status conference currently set for September 19, 2016 is also VACATED.

**IT IS SO ORDERED.**

Dated: August 25, 2016



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE