IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: AutoZone, Inc., Wage and Hour Employment Practices Litigation  _____/ | No.: 3:10-md-02159-CRB<br>Hon. Charles R. Breyer<br>**ORDER GRANTING MOTION TO STAY** |

   Plaintiffs' unopposed motion to stay (dkt. 339) is hereby GRANTED. The parties are DIRECTED to notify the Court within thirty days of any decision by the Court of Appeals.

Dated: January 6, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE