Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Joseph Antonelli, Esq. (#137039)
Janelle Carney, Esq. (#201570)
LAW OFFICE OF JOSEPH ANTONELLI
14758 Pipeline Avenue, Suite E
Chino Hills, CA 91709-6025
Tel.: (909) 393-0223 / Fax: (909) 393-0471
Email: JAntonelli@antonellilaw.com

Attorneys for Plaintiff HAYDEE ESCALANTE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| HAYDEE ESCALANTE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | MDL Case No. 3:10-md-02159-CRB<br>In re Autozone, Inc. Wage and Hour Employment Practices Litigation<br><br>3:10-cv-04900-CRB<br><br>Honorable Charles R. Breyer<br>Courtroom 6<br><br>**<u>CLASS ACTION</u>**<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STIPULATION REQUESTING DISMISSAL**<br><br>Action filed: August 4, 2010<br>Action removed: September 3, 2010<br>Action transferred to MDL: October 29, 2010 |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed in its entirety with prejudice as against Defendant Autozone, Inc. pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreement and Mutual Release.

IT IS SO ORDERED.

Dated: 9/18, 2017

Honorable Charles R. Breyer
United State Magistrate Judge
Northern District of California