MICHAEL HOFFMAN, Bar No. 162496
AMY C. HIRSH, Bar No. 246533
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104
Telephone: 415.433.1414
Facsimile: 415.520.0446
Email: mhoffman@arenahoffman.com

Attorneys for Defendants
AUTOZONE, INC.; AUTOZONERS LLC; and
AUTOZONE WEST LLC (formerly known and
sued as AutoZone West, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AUTOZONE, INC. WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION | MDL Case No. 3:10-md-02159-CRB<br><br>**DECLARATION OF MICHAEL HOFFMAN IN OPPOSITION TO MOTION FOR SETTING OF SCHEDULING CONFERENCE**<br><br>[No Hearing Scheduled, N.D. Local Rule 7-11] |
| D. PRICE, etc.,<br><br>  Plaintiff,<br><br>  v.<br><br>AUTOZONE, INC., et al.,<br><br>  Defendants. | |

I, Michael Hoffman, declare and state as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and this Honorable Court. I am counsel in the *Price* action for Defendants AutoZone, Inc., AutoZoners, LLC, and AutoZone West, Inc. ("Defendants").

**DECL. HOFFMAN** 1. **3:10-md-02159-CRB**

2. I make this Declaration in Opposition to Plaintiff's Motion for the Setting of Scheduling Conference. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

3. Attached hereto as Exhibit A is a true and correct copy of an email, dated August 1, 2017, that I sent to Plaintiff's counsel regarding the case management conference.

4. Attached hereto as Exhibit B is a true and correct copy of an email, dated August 23, 2017, that I received from Plaintiff's counsel regarding the case management conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2017, at San Francisco, California.

/s/ Michael Hoffman
MICHAEL HOFFMAN

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4622
415.433.1414

**DECL. HOFFMAN**      2.      **3:10-md-02159-CRB**