1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: AutoZone, Inc., Wage and Hour                No.: 3:10-md-02159-CRB
                                                    Hon. Charles R. Breyer
Employment Practices Litigation
                                                    **JUDGMENT**

This Document Relates to:

Jimmy Ellison v. Autozone, Inc.,

06-cv-7522

_____/

     In light of Plaintiff Jimmy Ellison's having accepted Defendant Autozone, Inc.'s Rule

68 Offer of Judgment, the Court hereby enters judgment for Ellison and against Autozone,

Inc. in accordance with the parties' agreement. See Plaintiff's Notice of Acceptance of Rule

68 Offer of Judgment (dkt. 389).

    **IT IS SO ORDERED.**

Dated: November 20, 2017

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE