IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: AutoZone, Inc., Wage and Hour Employment Practices Litigation _____/ | No.: 3:10-md-02159-CRB<br>Hon. Charles R. Breyer<br>**NOTICE RE INDIVIDUAL CASES** |

    The Court hereby notifies the United States Judicial Panel on Multidistrict Litigation that there are no individual cases remaining in this MDL.

    **IT IS SO ORDERED.**

Dated: November 21, 2017



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE